# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.     **CASE NO: 8:20-cr-118-T-35CPT**

**JAMES ALEXANDER**

___

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty, (Dkt. 39) filed on May 28, 2020 and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge, (Dkt. 39) is ACCEPTED, AFFIRMED AND ADOPTED.

2. Defendant, James Alexander has entered a plea of guilty to Counts One and Two of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One and Two of the Indictment.

3. That sentencing is scheduled for **September 10, 2020 at 10:00 AM** in Courtroom 7A. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

4. Sentencing memoranda **SHALL BE FILED IN EACH CASE** and shall be filed no later than ten (10) business days prior to the date of the sentencing hearing.

**DONE and ORDERED** in Tampa, Florida, this 17th day of June, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service