1
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
2
**TAMPA DIVISION**

3    UNITED STATES OF AMERICA,

4                          Plaintiff,

5         vs.                    CASE NO. 8:20-cr-118-T-35CPT
                                 May 28, 2020
6                                Tampa, Florida
                                 10:05 - 10:51 a.m.
7
     JAMES ALEXANDER,
8
                          Defendant.
9    _____/

10
                    **TRANSCRIPT OF PLEA HEARING**
11        BEFORE THE HONORABLE CHRISTOPHER P. TUITE
                 UNITED STATES MAGISTRATE JUDGE
12
     **APPEARANCES:**
13
     For the Government:        CANDACE GARCIA RICH, ESQ.
14                              Assistant U.S. Attorney
                                400 N. Tampa Street, Suite 3200
15                              Tampa, Florida 33602
                                813/274-6000
16
     For the Defendant:        KATHLEEN M. SWEENEY, ESQ.
17                              Assistant Federal Defender
                                400 N. Tampa Street, Suite 2700
18                              Tampa, Florida 33602
                                813/228-2715
19
     Court Reporter:           Howard W. Jones, RPR, FCRR
20                             801 N. Florida Avenue, Suite 15A
                               Tampa, Florida 33602
21                             813/301-5024

22

23

24   Proceedings transcribed via courtroom digital audio
     recording by transcriptionist using computer-aided
25   transcription.

                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

```
1                        P R O C E E D I N G S

2              (Court called to order.)

3              THE COURT:  Madam Clerk, if you could please call

4    the case.

5              THE DEPUTY CLERK:  The United States of America

6    vs. James Alexander, Case No. 8:20-cr-118-T-35CPT.

7              THE COURT:  And, counsel, if I could please have

8    your appearances for the record.

9              MS. RICH:  Candace Rich for the United States.

10             THE COURT:  Good morning.

11             MS. SWEENEY:  Good morning, Your Honor.  Kathleen

12   Sweeney and I'm present here with Mr. Alexander and I'd like

13   to thank you for accommodating us in such an expeditious

14   manner.

15             THE COURT:  Good morning, Ms. Sweeney.  It's my

16   pleasure.

17             Good morning, Mr. Alexander.

18             THE DEFENDANT:  Good morning, Your Honor.

19             THE COURT:  Ms. Sweeney, it's my understanding

20   that Mr. Alexander wishes to have this proceeding conducted

21   in person.

22             MS. SWEENEY:  Yes, Your Honor.

23             THE COURT:  Okay.  I do have a couple of

24   preliminary questions, Ms. Sweeney.  In reviewing the

25   government's notice found at Document 33, I want to make
```

 1  sure that there's no dispute that messages sent via Facebook

 2  Messenger are ones sent in interstate commerce.  Is there

 3  any dispute about that?

 4          MS. SWEENEY:  I don't believe there to be any

 5  dispute about that, since the servers of which the messages

 6  were used to be sent were out of state.

 7          THE COURT:  Okay.  Ms. Rich, do you wish to

 8  proffer any facts in that regard, for example, that the

 9  servers through which those messages were sent were located

10  outside the state of Florida?  Is that accurate?

11          MS. RICH:  That is accurate, Your Honor.

12          THE COURT:  Okay.  And, Ms. Sweeney, is there any

13  dispute as it relates to the second element of both Counts

14  One and Two, that these messages were sent with the intent

15  to communicate a true threat or with the knowledge that it

16  would be viewed as a true threat?

17          MS. SWEENEY:  No, Your Honor.  But I will give

18  Your Honor a heads-up.  As it gets to the factual basis, we

19  do have another -- a number of objections that we'll be

20  positing to the Court this morning.

21          THE COURT:  Out of an abundance of caution, why

22  don't we talk about those, if we could, now just to make

23  sure --

24          MS. SWEENEY:  That's just fine.

25          THE COURT:  -- there's not something that's

1    material.

2           MS. SWEENEY:  I've talked them over with Ms. Rich,

3    but I will go through -- do you want me to go through it now

4    with the Court, Your Honor?

5           THE COURT:  I think that makes sense.

6           Ms. Rich, don't you think it makes sense to make

7    sure that we don't have a material dispute as to the facts

8    before we go through a lengthy colloquy?

9           MS. RICH:  I do, Your Honor.

10          THE COURT:  Okay.

11          MS. SWEENEY:  Okay.  And, Your Honor, if we begin

12   on page two, Your Honor, the way that these have been

13   structured is to look at the indictment, and Count One is

14   conduct of May 30th, 2018, to June 5th, 2018.  So any

15   conduct occurring during those time periods that are in the

16   factual basis we'll be agreeing to.

17          Just like in Count Two, there is a specific threat

18   on January 14th, 2019.  So any conduct occurring on that

19   date we'll be agreeing to.

20          There is significant more conduct in the factual

21   basis outside of these time frames that we will be objecting

22   to at this point, because they don't relate to the factual

23   basis as these dates are alleged.

24          So if we begin on page two, the very first

25   sentence, since 2017 -- the very first two sentences that

1    begin with "since 2017" and ending with "threats" we'd

2    object to.  But we'd agree to that last two sentences in

3    that paragraph that begin with "defendant specifically

4    targeted."

5              We'd object to the paragraph --

6              THE COURT:  If I could just have you pause for a

7    moment.  The second sentence at the beginning of the factual

8    basis says, "These threats targeted law enforcement officers

9    with the intent that the threats be viewed by law

10   enforcement as true threats."

11             That goes to my inquiry.  I understand that your

12   temporally seeking to limit this to the time periods alleged

13   in the indictment, but is that sentence true as it relates

14   to the time periods referenced in the indictment?

15             MS. SWEENEY:  It is.  I jumped too far.

16             THE COURT:  Okay.

17             MS. SWEENEY:  That should be included, Your Honor.

18             THE COURT:  Okay.

19             MS. SWEENEY:  Paragraph two, "On July 6, 2017,"

20   paragraph -- and ends with "the use of deadly force by

21   officers was ruled justified" we'd object to.

22             Paragraph -- so I'm on page three now.  The

23   paragraph beginning with "On October 6th, 2017" and ending

24   with "out of anger," which includes that entire paragraph.

25             You see the next section, "Between May 30th and

1    June 5th, 2018," we'd be agreeing to all of that since it

2    mirrors the time frame in the indictment.

3         The next area we'd be objecting to is on page four

4    and it is the third paragraph down.  "In addition to the

5    direct threats made to G.B. and D.H., the defendant also

6    posted threats to law enforcement on various Facebook

7    pages."  And that ends with "I can't wait to kill a cop this

8    year."  This is the time frame of February 1st, 2019.

9         That following paragraph, "On February 2nd, 2019"

10   and ends with "Cops are thugs that need to be put down" we'd

11   be objecting to.

12        On -- the next paragraph, "On January 4th, 2020,"

13   and that would end with "like they did to my friends," that

14   paragraph would be objected to.

15        On -- the next paragraph is at the bottom of the

16   page, "The defendant's Go Pro contained a video," that's the

17   beginning of the sentence, and ended with -- I'm sorry, and

18   ends with "where the fucking pigs live."

19        And we'd admit to the -- to the final paragraph

20   admitting to the ownership of the Facebook account and

21   admitting to sending the threatening messages.

22        THE COURT:  Okay.  Thank you, Ms. Sweeney.

23        So, Ms. Rich, I'll ask of you and then perhaps we

24   can simplify this, do you have any issues with those

25   objections as it relates solely to this plea?

1          MS. RICH:  My only potential issue, and I just

2    want a little bit of clarification, is to paragraph one.

3    Ms. Sweeney said that she's objecting to the first sentence

4    based on the fact that it begins in 2017.  The first part of

5    that sentence, "since 2017," I understand her objection with

6    the time frame.  However, the one sentence, "The Defendant

7    has knowingly sent threats on Facebook affecting interstate

8    or foreign commerce" goes directly to the elements, which I

9    think we've already talked about.

10          MS. SWEENEY:  Your Honor, I would agree with

11   Ms. Rich and just ask that "Since 2017" be stricken.

12          THE COURT:  Let me make a suggestion to simplify.

13   Ms. Rich, if at the end of the colloquy with Mr. Alexander,

14   when you go about reading this, perhaps the best way to

15   handle that would be to say, since at least on or about

16   May 30th of 2018, as opposed to 2017, which would remain

17   consistent with what you've written, but also would address

18   Ms. Sweeney's concern.

19          Ms. Sweeney, would you agree that if it were to

20   say or, more appropriately, Ms. Rich were to read at the end

21   that, since at least on or about May 30th of 2018, comma,

22   the defendant has knowingly sent threats on Facebook

23   affecting interstate or foreign commerce?

24          MS. SWEENEY:  Yes, Your Honor, I'd agree to that.

25          THE COURT:  Okay.  And then the second sentence

1    you're agreeable to as well?

2           MS. SWEENEY:  Yes, Your Honor.

3           THE COURT:  And are you agreeable to the remainder

4    of paragraph one, that certain officers were specifically

5    targeted or thereafter --

6           MS. SWEENEY:  Yes, Your Honor.

7           THE COURT:  Okay.  So it sounds like, to simplify,

8    that paragraph one with that one modification, Ms. Rich,

9    when you're reading it is fine.

10          Correct, Ms. Sweeney?

11          MS. SWEENEY:  Yes, Your Honor.

12          THE COURT:  And then on page -- and you would

13   begin, Ms. Rich, beginning on page three with the last full

14   paragraph that beings "Between May 30th, 2018, and

15   June 5th," and you would proceed uninterrupted through the

16   second full paragraph on page four.  That paragraph

17   concludes with the line "various locations on a daily

18   basis."

19          And then you would begin again on page five, the

20   second full paragraph that begins "On February 13th" and

21   concludes with the word "internet."

22          Then you would proceed to the last full paragraph

23   on page six.

24          Do I understand the parties' positions correctly,

25   Ms. Rich?

 1          MS. RICH:  Yes, Your Honor.

 2          THE COURT:  Okay.  And, Ms. Sweeney?

 3          MS. SWEENEY:  No objection, Your Honor.

 4          THE COURT:  Ms. Rich, to be clear, notwithstanding

 5   Ms. Sweeney's objection, is it the government's position

 6   that if the case proceeded to trial that it could

 7   nonetheless prove those facts to which the defendant

 8   objects?

 9          MS. RICH:  Yes, Your Honor.

10          THE COURT:  And the reason I mention that,

11   Ms. Sweeney, is if the case went to trial, and the Court's

12   not ruling on this, one of the issues it seems to me,

13   knowing very little bit about the case, but assessing the

14   validity of the plea, is that these other acts, to the

15   extent they're not inextricably intertwined, there would

16   have to be a ruling on whether they constituted either prior

17   404(b) or subsequent 404(b) proof, either of which, to my

18   recollection, are allowable if they meet the dictates of the

19   rule.

20          MS. SWEENEY:  That's true, Your Honor, but from

21   the defense perspective, there would also have to be a

22   ruling whether a number of these statements in time periods

23   made outside the indictment were protected by the First

24   Amendment.  And so that's of quite a bit of issue in looking

25   at some of these as it relates to the factual basis.

1      THE COURT:  Okay.  As long, Ms. Sweeney —— and the

2  Court will proceed with the colloquy and decide at the end,

3  but as long as there's no dispute and Mr. Alexander affirms

4  facts that satisfies elements one and two, the Court is

5  comfortable, then, with proceeding.  And I understand from

6  what you've said and basically what we've reviewed here that

7  there's no disagreement in that regard.

8      MS. SWEENEY:  That's correct, Your Honor.

9      THE COURT:  Okay.  Mr. Alexander, a lot of talking

10  by lawyers, but you're very ably represented by Ms. Sweeney

11  and the Federal Public Defender's Office.  And as I'll

12  explain to you, the rule of the Court, among other things in

13  this proceeding, is to make sure that there is an adequate

14  and sufficient set of facts the government could prove if

15  your case went to trial that would meet the elements of the

16  two crimes that it's envisioned here you will plead to.

17      So we'll get through that, but I just wanted you

18  to understand the big picture as to why the Court made

19  certain inquiries of both the government and the defense.

20      Do you understand?

21      THE DEFENDANT:  Yes, Your Honor.

22      THE COURT:  Mr. Alexander, it's my understanding

23  that you wish to enter a guilty plea today.  Is that

24  correct?

25      THE DEFENDANT:  Yes, Your Honor.

```
 1              THE COURT:  Before I can accept your guilty plea,
 2   the law requires that I make sure that you are pleading
 3   guilty freely and voluntarily and, as I've indicated, that
 4   there's an independent factual basis that supports the plea
 5   that you're anticipated to enter.  To do that this morning,
 6   I am going to ask you some questions, both about yourself
 7   and your case.  If, for whatever reason, Mr. Alexander, you
 8   don't understand a question that I ask of you, please let me
 9   know and I'll do my best to explain myself better.
10              Do you understand?
11              THE DEFENDANT:  Yes, Your Honor.
12              THE COURT:  Also, if at any point during the
13   course of the proceeding this morning you wish to speak with
14   your lawyer, please let me know and I'll provide you with
15   whatever opportunity you need to confer with her privately
16   outside the presence of the Court or the government.
17              Do you understand?
18              THE DEFENDANT:  Yes, Your Honor.
19              THE COURT:  To impress upon you the importance of
20   your answers to my questions, I am going to ask you those
21   questions while you're under oath.  If you knowingly answer
22   any of my questions falsely after having taken the oath, you
23   could be subject to a prosecution for perjury or making a
24   false statement.
25              Do you understand?
```

1        THE DEFENDANT:  Yes, Your Honor.

2        THE COURT:  Madam Clerk, if you could kindly

3   administer the oath.

4        (Defendant sworn by the Deputy Clerk.)

5        THE DEFENDANT:  Yes.

6        THE COURT:  Mr. Alexander, could you tell us your

7   full name for the record.

8        THE DEFENDANT:  James Arthur Dominguez-Alexander.

9        THE COURT:  And how old are you, sir?

10       THE DEFENDANT:  Twenty-six.

11       THE COURT:  How far did you go in school?

12       THE DEFENDANT:  Eleventh grade.

13       THE COURT:  Eleventh in high school, junior year?

14       THE DEFENDANT:  Yes, Your Honor.

15       THE COURT:  I take it that you can read and write

16   in the English language?

17       THE DEFENDANT:  Yes, Your Honor.

18       THE COURT:  Have you ever been treated for any

19   mental illness or any addiction to a narcotic drug?

20       THE DEFENDANT:  No, Your Honor.

21       THE COURT:  Are you currently under the influence

22   of any drug, medication, or alcoholic beverage?

23       THE DEFENDANT:  No, Your Honor.

24       THE COURT:  Is your mind clear this morning?

25       THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  Do you clearly understand where you

2  are, what you are doing, and the importance of this

3  proceeding?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  Is there anything else that might

6  affect your ability either to understand the nature and

7  consequence of this proceeding or to confer with your lawyer

8  that you think I should know about?

9          THE DEFENDANT:  No, Your Honor.

10          THE COURT:  Ms. Sweeney, any issue with respect to

11  your client's competency, including his understanding as to

12  the nature and consequences of the proceeding and his

13  ability to ably confer with counsel?

14          MS. SWEENEY:  No, Your Honor, he has ably

15  conferred with counsel throughout these proceedings.  I

16  would note that he does have mental health diagnoses that

17  are currently not being treated, but I've never seen them

18  interfere with -- and these are self-reported at this point.

19  I've never seen them interfere with any of our interactions.

20          THE COURT:  And what type of health -- mental

21  health issues are you aware of?

22          MS. SWEENEY:  I believe ADHD, ADD, a learning

23  disability, and there may be another diagnosis or two that I

24  don't recall that my client I think can recall.

25          THE COURT:  Mr. Alexander, outside of ADHD, ADD,

1    and the learning disability, are there any other mental

2    health --

3            THE DEFENDANT:  ESE, SOD, OCD, EBD, bipolar, and

4    those are the ones I can remember right now, Your Honor.

5            THE COURT:  What is EOD?

6            THE DEFENDANT:  EBD.

7            THE COURT:  What is EBD?

8            THE DEFENDANT:  Emotional behavioral disorder.

9            THE COURT:  And then you mentioned, not OCD, I

10   heard that one, but you mentioned another acronym --

11           THE DEFENDANT:  ESE.

12           THE COURT:  What is ESE?

13           THE DEFENDANT:  Kind of like handicapped kind of,

14   I've been in handicap classes all my life and I was bullied

15   because of it.

16           THE COURT:  The handicap is relative to physical

17   or a mental issue?

18           THE DEFENDANT:  Basically a little bit of both,

19   Your Honor.

20           THE COURT:  Can you describe that a little bit to

21   help us out, to help us understand anyway?

22           THE DEFENDANT:  It's kind of hard to explain it a

23   little bit.  So I'm kind of tired right now, I'm sorry, Your

24   honor.

25           THE COURT:  I'm sorry, what did you just

1  experience?

2          THE DEFENDANT:  I said I'm kind of tired still,

3  Your Honor.

4          THE COURT:  Okay.  Are you able to think clearly

5  and do you want to go through with the proceeding?

6          THE DEFENDANT:  Just trying to process all this

7  and everything.

8          THE COURT:  You want to take a break,

9  Mr. Alexander?

10          THE DEFENDANT:  No.  Just a little nervous right

11  now.

12          THE COURT:  That's okay.  It's completely

13  understandable.  Let me, just if I could, just ask you a

14  question.  On the physical side, do you struggle with the

15  ability to handle things or --

16          THE DEFENDANT:  Yes.

17          THE COURT:  Okay.  And as far as the issue on the

18  mental side, is it just a question of being able to process

19  something?

20          THE DEFENDANT:  Yes, Your Honor, after me being

21  here for -- being in jail for almost four months, I've been

22  trying to process everything still.  So I'm trying to get

23  used to it, used to being jail and everything.

24          THE COURT:  Okay.  Ms. Sweeney?

25          MS. SWEENEY:  Your Honor, I would note that at the

1  initial appearance I think it was Judge Sansone ordered a

2  mental evaluation by Pinellas jail.  That was done, nothing

3  was reported back to us that needed to be done.  I had an

4  initial cursory evaluation done by one of our experts, who

5  said he had no problem saying that Mr. Alexander was

6  competent and ready to proceed.

7            THE COURT:  As far as your experience with him,

8  Ms. Sweeney, I think in light of Mr. Alexander's comments,

9  it would be helpful to have perhaps more of a fulsome

10  explanation of your interactions with him throughout the

11  case, what you have done by way of review of discovery, his

12  ability to understand that and process it.

13            MS. SWEENEY:  Sure, Your Honor.

14            THE COURT:  His understanding as well of the

15  nature and consequences of what he's going through now and

16  in the case in general.

17            MS. SWEENEY:  Yeah.  Your Honor -- I didn't mean

18  to say yeah, I apologize.

19            THE COURT:  It's okay.

20            MS. SWEENEY:  Yes, Your Honor.  I -- with the

21  advent of COVID, we've been able to do video conferencing

22  with our clients who are at Pinellas and I would say I have

23  met through that vehicle, that tool, a dozen times with

24  Mr. Alexander.  And before that I was at the jail several

25  times at the visitation center.  He's been given both

1   productions of his discovery and had time to go through it.

2   We've talked about it thoroughly.

3         I wrote him a letter explaining the elements of

4   the crime, as well as how the Guidelines work and included a

5   guideline chart and then we discussed that.  Since I didn't

6   have the book in front of me like I normally would in a

7   contact visit, all of his questions have been appropriate.

8   The follow-up questions he has asked about discovery have

9   been appropriate, and I have found him to be on task with

10   the case before him and to ask questions and to process my

11   answers in a very focused competent manner.

12         THE COURT:  And based upon your time with

13   Mr. Alexander, what can you say to his ability to understand

14   the nature and consequences of the case in general, this

15   proceeding, the roles of the participants in this

16   proceeding, including the Court, the prosecutor, yourself?

17         MS. SWEENEY:  He understands them completely, Your

18   Honor.

19         THE COURT:  Okay.  And you mentioned that you've

20   met with him via video roughly a dozen times?

21         MS. SWEENEY:  Yes.

22         THE COURT:  And how long were those meetings, what

23   was the range, if you will?

24         MS. SWEENEY:  Anywhere from 15 to 40 minutes.

25         THE COURT:  Okay.

1          MS. SWEENEY:  And he frequently calls.  I would

2     say there's been a significant amount of resources and time.

3          THE COURT:  You mentioned that prior to that you

4     had also had some in-person visits with him?

5          MS. SWEENEY:  Well, they're in person in terms of

6     being a glass, not the contact visits if I had been allowed

7     into the jail like we were prior to the onset of the virus.

8          THE COURT:  And how long were the in-person

9     visits?

10         MS. SWEENEY:  Again, the jail limits them to

11    40 minutes.

12         THE COURT:  Okay.

13         MS. SWEENEY:  So those would be 40 minutes, but we

14    have had I would say almost daily contact.

15         THE COURT:  So it sounds like between the video

16    and the in person, roughly 15 or more visits with him

17    ranging between 15 and 40 minutes?

18         MS. SWEENEY:  I think so.

19         Would you agree, Mr. Alexander?

20         THE DEFENDANT:  Yes.

21         THE COURT:  Okay.  Thank you.

22         Ms. Rich, anything you would like me to ask in

23    that regard or anything that you would like me to add?

24         MS. RICH:  No, Your Honor.

25         THE COURT:  Okay.  Mr. Alexander, are you prepared

1    to proceed now that you've had a moment?

2              THE DEFENDANT:  Yes, Your Honor.

3              THE COURT:  Is your mind working well?

4              THE DEFENDANT:  Yes.

5              THE COURT:  And you're able to think clearly?

6              THE DEFENDANT:  Yes, Your Honor.

7              THE COURT:  You have the right to plead guilty,

8    Mr. Alexander, before the District Judge assigned to your

9    case, which is Judge Scriven.  If you wish, however, you can

10   enter your guilty plea before me.  I am what is called a

11   Magistrate Judge, which is a judge of lesser authority.

12   Judge Scriven, the District Judge assigned to your case, is

13   ultimately the one who will sentence you.

14             You and Ms. Sweeney have signed a form this

15   morning indicating that you wish to proceed with your guilty

16   plea before me.  Before signing that form, did you discuss

17   the matter of pleading guilty before me with your lawyer,

18   Ms. Sweeney?

19             THE DEFENDANT:  Yes, Your Honor.

20             THE COURT:  Is that still what you would like to

21   do?

22             THE DEFENDANT:  Yes, Your Honor.

23             THE COURT:  Did anyone threaten, coerce, or

24   otherwise force you in any way to get you to consent to

25   pleading guilty before me?

1          THE DEFENDANT:  No, Your Honor.

2          THE COURT:  Did anyone make any promises to you to

3    get you to consent to pleading guilty before me?

4          THE DEFENDANT:  No, Your Honor.

5          THE COURT:  Have you had an opportunity,

6    Mr. Alexander, to review all of the facts and the evidence

7    in this case with your lawyer, Ms. Sweeney?

8          THE DEFENDANT:  Yes, Your Honor.

9          THE COURT:  And she's mentioned that there were

10   two discovery productions that she received from the

11   government that she provided to you.  Did you go through

12   those?

13         THE DEFENDANT:  Yes, Your Honor.

14         THE COURT:  And did you have enough time to review

15   all of those facts and all of that evidence?

16         THE DEFENDANT:  Yes, Your Honor.

17         THE COURT:  And talk about it with your lawyer,

18   Ms. Sweeney?

19         THE DEFENDANT:  Yes, Your Honor.

20         THE COURT:  To your satisfaction?

21         THE DEFENDANT:  Yes, Your Honor.

22         THE COURT:  Have you discussed with Ms. Sweeney

23   all of your options in the case, including the option of

24   taking your case to trial?

25         THE DEFENDANT:  Yes, Your Honor.

1          THE COURT:  Are you fully satisfied with the

2   advice and representation you have received from your

3   lawyer, Ms. Sweeney?

4          THE DEFENDANT:  Yes, Your Honor.

5          THE COURT:  Ms. Sweeney, I understand that this is

6   a plea without a plea agreement.  Were there any formal plea

7   offers tendered by the government to your client?

8          MS. SWEENEY:  Your Honor, we talked about a plea

9   agreement, but there was no benefit to my client.  There was

10  never a formal plea sent, but we did talk about one.

11         THE COURT:  When you say we, to whom are you

12  referring?

13         MS. SWEENEY:  I'm sorry, Ms. Rich, the Assistant

14  United States Attorney in this case.  And I wanted to be

15  able in talking with Mr. Alexander for him to have his right

16  to appeal his sentence and that is always a standard waiver

17  in the government's plea agreements.

18         THE COURT:  Did you talk to Mr. Alexander

19  generally, without getting into any attorney-client

20  privilege, about the merits of pleading with and without a

21  plea agreement?

22         MS. SWEENEY:  I did.

23         THE COURT:  Okay.  Mr. Alexander, it's been

24  indicated by Ms. Sweeney, as you just heard, that she has

25  discussed with you the possibility of pleading guilty with

1    or without a plea agreement.  Are you satisfied that -- with

2    your decision to enter a plea of guilty without a plea

3    agreement?

4            THE DEFENDANT:  Yes, Your Honor.

5            THE COURT:  And is that a matter that you've

6    discussed at length with your lawyer, Ms. Sweeney?

7            THE DEFENDANT:  Yes, Your Honor.

8            THE COURT:  Has anyone made any promises to you to

9    get you to plead guilty in this case?

10           THE DEFENDANT:  No, Your Honor.

11           THE COURT:  I'll ask of both the government and

12   the defense if any promises or representations have been

13   made to Mr. Alexander in connection to his guilty plea.

14           Ms. Rich?

15           MS. RICH:  No, Your Honor.

16           THE COURT:  Thank you.

17           Ms. Sweeney?

18           MS. SWEENEY:  No, Your Honor.

19           THE COURT:  Thank you.

20           Mr. Alexander, has anyone threatened, coerced, or

21   otherwise forced you in any way to get you to plead guilty

22   in this case?

23           THE DEFENDANT:  No, Your Honor.

24           THE COURT:  Are you pleading guilty freely and

25   voluntarily?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  Is your decision to plead guilty one

3    that you have made only after having had a full and ample

4    opportunity to discuss the matter with Ms. Sweeney?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  The offense -- the offenses, rather,

7    to which you are pleading guilty are both felony offenses,

8    Mr. Alexander.  I want to make sure that you understand that

9    once you are adjudged guilty of those felony offenses, that

10   adjudication may deprive you of certain valuable civil

11   rights you have, such as the right to vote, the right to

12   hold public office, and the right to possess any kind of a

13   firearm.

14          Do you understand?

15          THE DEFENDANT:  Yes, Your Honor.

16          THE COURT:  The penalties to which you are subject

17   as a result of your guilty plea are set forth in the

18   government's notice, which is found at Document 33.  It's

19   the same notice that I talked with the prosecutor and your

20   lawyer about at the beginning.

21          The penalties for both Counts One and Two are set

22   forth on page two of the notice.  Those penalties, again,

23   which are for both Counts One and Two, are as follows:

24          A maximum term of imprisonment of five years, a

25   maximum term of supervised release of three years, a maximum

```
 1    fine of $250,000, and a mandatory special assessment of $100

 2    that would be due on the date of sentencing.

 3             Those are the penalties to which you would be

 4    subject on each count.

 5             Do you understand?

 6             THE DEFENDANT:  Yes, Your Honor.

 7             THE COURT:  Additionally, as pointed out in the

 8    government's notice, your plea also would subject you to

 9    certain obligations as far as forfeiture is concerned

10    pursuant to the statutory provisions cited.

11             Do you understand?

12             THE DEFENDANT:  Yes, Your Honor.

13             THE COURT:  Ms. Sweeney, did you talk with

14    Mr. Alexander about forfeiture in addition to the penalties

15    to which I've just referenced?

16             MS. SWEENEY:  I did.

17             THE COURT:  Okay.  Thank you.

18             Mr. Alexander, in this case the indictment

19    specifically provides for forfeiture of certain items.  It's

20    not limited to those items, but it includes those items.

21             Is there any dispute as to the forfeiture of those

22    items, Ms. Sweeney?

23             MS. SWEENEY:  Your Honor, the -- most of the items

24    the government has agreed I think to return.  The iPhone 7 I

25    know they want, but I think they've told us that we can have
```

1   everything else back.  And so we understand that the

2   government will seek forfeiture of the iPhone 7.  I hope to

3   be able to have further discussions with him on that item.

4           THE COURT:  Okay.  Ms. Rich?

5           MS. RICH:  I can tell you that that's correct.

6   Additionally, we are seeking forfeiture of the Go Pro,

7   Judge.

8           THE COURT:  Okay.  So in particular,

9   Mr. Alexander, the indictment sets forth the forfeiture to

10  which you are potentially subject.  It provides, among other

11  things, upon conviction for either count you shall forfeit

12  to the United States any property, real or personal,

13  constituting or traceable to gross profits or other proceeds

14  obtained from either of those offenses and any property,

15  real or personal, used or intended to be used to commit or

16  to promote the commission of those offenses, or either one

17  of them, or any property traceable to such property.

18          And as the government has made clear, that

19  property includes, but is not limited to, the iPhone 7 to

20  which Ms. Sweeney has referred, and it's set forth in

21  particular in the indictment, as well as the Go Pro, which

22  is also referenced specifically in the indictment as another

23  item.

24          Do you understand?

25          THE DEFENDANT:  Yes.

1              THE COURT:  I'm also going to take a moment now to

2    explain what is meant by supervised release.  That's also a

3    component of a sentence to which you would be subject.

4              After release from prison, the Court will place

5    you on a term of supervised release, which will include

6    certain restrictions on your behavior.  If you violate any

7    of the Court's restrictions as far as supervised release is

8    concerned, the Court may, after conducting a hearing, revoke

9    your term of supervised release and sentence you to

10   additional jail time.

11             Do you understand?

12             THE DEFENDANT:  Yes, Your Honor.

13             THE COURT:  Is there any issue in this case with

14   respect to restitution, Ms. Rich?

15             MS. RICH:  No, Your Honor.

16             THE COURT:  Okay.  Do you understand all of the

17   possible punishment consequences of your guilty plea,

18   Mr. Alexander, including those that I've reviewed with you

19   this morning?

20             THE DEFENDANT:  Yes, Your Honor.

21             THE COURT:  And are those matters that you

22   reviewed with Ms. Sweeney?

23             THE DEFENDANT:  Yes, Your Honor.

24             THE COURT:  Is that correct, Ms. Sweeney?

25             MS. SWEENEY:  Yes, Your Honor.

1          THE COURT:  Thank you.

2          I'm going to take a few minutes as well,

3   Mr. Alexander, to explain the process that will occur after

4   today's hearing.

5          If the Court accepts your guilty plea, it will

6   instruct a probation officer to prepare what is called a

7   presentence report.  The purpose of the presentence report

8   is to assist the District Judge here, Judge Scriven, in

9   deciding what is a fair and reasonable sentence in the case.

10         The presentence report will contain a number of

11  parts, including a part that will describe the facts of your

12  case, another part which will describe how the advisory

13  Sentencing Guidelines apply to your case, and yet another

14  part that will describe your personal history, including any

15  criminal record you may have.

16         It's important that you understand that before the

17  District Judge who will be sentencing you sees this report,

18  you and Ms. Sweeney will have an opportunity to review it

19  and to object to any portions of the report with which you

20  disagree.  If the probation officer who drafted the report

21  declines to change the report to meet your objections,

22  you'll have an opportunity to take your objections directly

23  to the District Judge at the time of your sentencing for her

24  to hear.

25         And just as you have a right to review and object

1    to the presentence report, so too does the government.

2           Do you understand this part of the process as I've

3    described it to you?

4           THE DEFENDANT:  Yes, Your Honor.

5           THE COURT:  At the time of your sentencing, Judge

6    Scriven, the District Judge who will be sentencing you, will

7    give you an opportunity, as well as the government, along

8    with your lawyer, to present information and evidence that

9    are relevant to your sentence.  Judge Scriven will also rule

10   on any outstanding objections to the presentence report that

11   have been made either by yourself or the government and she

12   will determine what your advisory sentencing guideline range

13   is.  She'll then look to a sentencing statute and the

14   factors that it contains and ultimately give you a sentence

15   that she believes is reasonable under the law.

16          Do you understand this part of the process as I've

17   described it to you?

18          THE DEFENDANT:  Yes.

19          THE COURT:  Have you reviewed the Sentencing

20   Guidelines --

21          THE DEFENDANT:  Yes.

22          THE COURT:  -- with your lawyer, Ms. Sweeney?

23          THE DEFENDANT:  Yes, Your Honor.

24          THE COURT:  I want to emphasize that the

25   Sentencing Guidelines are advisory.  What that means,

1  Mr. Alexander, is the Court will have the authority to

2  depart upward or downward from the advisory guideline range

3  subject to any mandatory minimums that might apply.

4          Do you understand?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  Also, Ms. Sweeney is a very

7  experienced lawyer, as she's spoken about, and she may have

8  given you an opinion about what she believes your advisory

9  guideline range might be and ultimately what your sentence

10 might be as well.  It's important for you to understand that

11 if your sentence turns out to be different than what you

12 expected, you will not be allowed to withdraw your guilty

13 plea.

14          Do you understand?

15         THE DEFENDANT:  Yes, Your Honor.

16         THE COURT:  By admitting to the criminal charges

17 contained in Counts One and Two of the indictment,

18 Mr. Alexander, you are not only pleading guilty or admitting

19 those charges, you are giving up a number of important

20 constitutional rights.  I'm going to go over those rights

21 with you now to make sure that you understand that you have

22 these rights and also that you understand you will be

23 waiving or giving them up by pleading guilty.

24          You have the right to persist in your plea of not

25 guilty;

1          You have the right to a jury trial, at which the

2     government would be required to prove the charges against

3     you beyond a reasonable doubt and to the unanimous

4     satisfaction of a jury;

5          You have the right to the effective assistance of

6     counsel at all stages of your case, including at trial;

7          If you could not afford an attorney, you have the

8     right to have an attorney appointed to represent you at no

9     cost;

10          You have the right to see and hear all the

11     witnesses who testify against you and to cross-examine them

12     to challenge their testimony in your defense;

13          You also have the right to testify in your own

14     defense or, if you so choose, not to testify and the jury

15     would be specifically instructed that it could not hold it

16     against you in any way if you elected not to testify;

17          And, finally, you have the right to issue

18     subpoenas to force or compel witnesses to come to the

19     courthouse and testify in your defense.

20          Do you understand that you have these important

21     constitutional rights?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  Do you understand that by pleading

24     guilty this morning, there will be no trial and you will be

25     waiving or giving up all of these constitutional rights?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  The indictment in this case charges

3  you with two different counts.

4          Count One charges, in sum and substance, that

5  beginning on or about May 30th of 2018 and continuing

6  through and including on or about June 5th of 2018, here in

7  the Middle District of Florida and elsewhere, that you,

8  James Alexander, did knowingly send a message in interstate

9  or foreign commerce containing a true threat to injure the

10  person of another, that is a Plant City Police Department

11  officer with the initials G.P., and did so with the intent

12  to communicate a true threat and with the knowledge that

13  that communication would be viewed as a true threat, all in

14  violation of a certain statute, Section 875(c) of Title 18,

15  United States Code.

16          Count Two charges that on or about January 14th of

17  2019, here in the Middle District of Florida and elsewhere,

18  that you, James Alexander, did knowingly send a message in

19  interstate or foreign commerce containing a true threat to

20  injure the person of another, that is a Plant City Police

21  officer with the initials D.H., and did so with the intent

22  to communicate a true threat and with the knowledge that the

23  communication would be viewed as a true threat, again, in

24  violation of the same statute as in Count One.

25          This -- these two charges, rather, each have

1    certain essential elements that the government would have to

2    prove if your case went to trial.  The essential elements

3    are the same for both counts, because both counts charge the

4    same offense, albeit on different dates or time frames.

5              The elements for Counts One and Two are set forth

6    in the government's notice and they are as follows:

7              First, that you knowingly sent a message in

8    interstate or foreign commerce containing a true threat to

9    injure the person of another; and,

10             Second, that you sent the message with the intent

11   to communicate a true threat or with the knowledge that it

12   would be viewed as a true threat.

13             Do you understand, Mr. Alexander, that if your

14   case went to trial, the government would be required to

15   prove each and all of these essential elements beyond a

16   reasonable doubt and to the unanimous satisfaction of a

17   jury?

18             THE DEFENDANT:  Yes, Your Honor.

19             THE COURT:  I mentioned to you at the beginning

20   and we've talked about a fair amount with the lawyers that

21   one of the purposes of the proceeding this morning is to

22   make sure there are an independent set of facts that the

23   government could prove that would meet these elements that

24   I've just described for Counts One and Two.

25             I'm now going to ask Ms. Rich, the prosecutor, to

1   recite those facts that she believes the government could

2   prove if your case went to trial and that would meet each of

3   these elements.  I'd ask that you listen closely to her,

4   because I'm going to have some questions for you at the

5   conclusion of her recitation.

6          Ms. Rich.

7          MS. RICH:  Thank you.  Since at least on or about

8   May 30th, 2018, the defendant has knowingly sent threats on

9   Facebook affecting interstate or foreign commerce.  These

10  threats targeted law enforcement officers with the intent

11  that the threats be viewed by law enforcement as true

12  threats.  The defendant specifically targeted Plant City

13  Police Department Officers G.B. and D.H., and sent each of

14  them direct messages on Facebook.  G.B. and D.H. feared for

15  their safety and that of their families.  At all times the

16  defendant posted threats on Facebook he was located in the

17  Middle District of Florida.

18         Between May 30th, 2018, and June 5th, 2018, the

19  defendant sent direct threats to G.B. through Facebook

20  Messenger.  These threats included the following:

21         "You are a fucking pussy."

22         "I will beat your ass for killing my friend last

23  year."

24         "Meet me at a bar called Finish Line Saloon in

25  Plant City right now."

1    "I will beat your ass so bad once I get my hands

2    on you."

3    Additionally, on June 5th, 2018, the defendant

4    sent the following message through Facebook Messenger to

5    G.B.'s sister:

6    "Your brother murdered my friend last year, so

7    have that piece of s*** message me right now."

8    As a result of the threats, G.B. sold his personal

9    residence of nine years.  G.B. also requested that all of

10   his personal information be redacted from various public

11   websites.  Additionally, on June 19th, 2018, G.B. was

12   granted a permanent injunction against the defendant.  G.B.

13   took all of these measures as a direct result of the

14   defendant's threats and in an effort to protect G.B. and his

15   family members from future harm.

16   On January 14th, 2019, the defendant sent D.H. the

17   following message through Facebook Messenger:

18   "You are going to die this year."

19   As a result of this threat, D.H. feared for his

20   safety and that of his family.  D.H. altered the routes he

21   takes to and from work.  D.H. also frequently changes the

22   routes he takes to various locations on a daily basis.

23   On February 13th, 2020, law enforcement executed a

24   search warrant on the defendant's house.  The defendant's

25   iPhone 7 and Go Pro were seized.  The iPhone 7 contained

1   several search terms and search results showing that the

2   defendant frequently searched the internet for law

3   enforcement-related articles, public events, and social

4   media postings. The defendant also used this device to

5   access Facebook through the internet.

6           The defendant was interviewed on February 13th,

7   2020, and admitted to ownership of the Facebook account and

8   also admitted to sending the threatening messages.

9           THE COURT:  Thank you, Ms. Rich.

10          Ms. Sweeney, any objection to those facts as they

11  were recited?

12          MS. SWEENEY:  No, Your Honor.

13          THE COURT:  Okay.  Mr. Alexander, did you hear all

14  of the facts that Ms. Rich just recited?

15          THE DEFENDANT:  Yes, Your Honor.

16          THE COURT:  Do you have any disagreement with

17  those facts as they relate to you?

18          THE DEFENDANT:  No, Your Honor.

19          THE COURT:  And as Ms. Rich described, did you

20  knowingly send messages in interstate commerce containing a

21  true threat to injure the persons described?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  And did you send those messages with

24  the intent, as described by Ms. Rich, to communicate a true

25  threat or with the knowledge that it would be viewed as a

1    true threat?

2            THE DEFENDANT:  Yes, Your Honor.

3            THE COURT:  Thank you, Mr. Alexander.

4            Before I proceed to take the defendant's guilty

5    plea, does either the government or the defense have any

6    additional areas they believe I should ask or any additional

7    questions they believe I should cover?

8            MS. RICH:  None for the government.

9            THE COURT:  Okay.  And, Ms. Sweeney?

10           MS. SWEENEY:  No, Your Honor.

11           THE COURT:  Thank you.

12           Mr. Alexander, I'm prepared to take your guilty

13   plea and you can let me know when you're prepared to do so

14   simply by standing up, along with your lawyer, Ms. Sweeney.

15           (Defendant and counsel comply.)

16           THE COURT:  Mr. Alexander, how do you plead to

17   Count One of the indictment, guilty or not guilty?

18           THE DEFENDANT:  Guilty.

19           THE COURT:  How do you plead to Count Two of the

20   indictment, guilty or not guilty?

21           THE DEFENDANT:  Guilty.

22           THE COURT:  Ms. Sweeney, are you satisfied that

23   your client is competent and that he is pleading guilty

24   knowingly and voluntarily with a full understanding of the

25   consequences of his guilty plea?

1          MS. SWEENEY:  Yes, Your Honor.

2          THE COURT:  And for the record, can you describe

3    your experience as a defense attorney, how long you've been

4    practicing?

5          MS. SWEENEY:  Wow.  Well, Your Honor, I've

6    actually practiced law 35 years, been an Assistant U.S.

7    Attorney for seven years, sex crimes prosecutor for eight

8    years, and a defense attorney the rest of those years.

9          THE COURT:  How long have you been with the

10   Federal Public Defender's Office?

11         MS. SWEENEY:  Almost four years.

12         THE COURT:  And how many clients, ballpark figure,

13   have you represented over the course of your career as a

14   defense attorney?

15         MS. SWEENEY:  Hundreds.

16         THE COURT:  Okay.  Thank you.

17         Both of you may sit down.  Thank you,

18   Mr. Alexander.

19         (Defendant and counsel comply.)

20         THE COURT:  Mr. Alexander, I mentioned to you at

21   the beginning that if you had any questions for the Court, I

22   would do my best to answer them.  Now would be your last

23   opportunity to ask any such questions of the Court.  Do you

24   have any questions with respect to your guilty plea?

25         THE DEFENDANT:  Only thing is I just don't want to

1    go to prison over this.

2              THE COURT:  I couldn't quite hear you.

3              THE DEFENDANT:  Only thing is I just don't want to

4    go to prison, Your Honor.

5              THE COURT:  Okay.  That's understandable.  But

6    outside of that, any other questions?

7              THE DEFENDANT:  No.

8              THE COURT:  Anything from the government?

9              MS. RICH:  No, Your Honor.

10             THE COURT:  Defense?

11             MS. SWEENEY:  No, Your Honor.

12             THE COURT:  Based upon Mr. Alexander's answers to

13   my questions, my observations of his demeanor throughout the

14   proceeding, the representations of counsel, and the record

15   before me, including the government's notice found at

16   Document 33, it is the finding of the Court in this case

17   that the defendant is fully competent and capable of

18   entering an informed guilty plea, the defendant is aware of

19   the nature of the charges to which he is pleading guilty and

20   the consequences of that guilty plea, and that his plea of

21   guilty is a knowing and voluntary one supported by an

22   independent factual basis that satisfies each of the

23   essential elements of both Counts One and Two.

24             In my report to Judge Scriven, I will, therefore,

25   recommend the defendant's plea of guilty be accepted, that

1  he be adjudged guilty, and that his sentence be imposed

2  accordingly.

3          With respect to the defendant's competency, I've

4  watched Mr. Alexander very closely throughout this

5  proceeding.  He has appeared to the Court to be lucid, to

6  understand the Court's questions.  His eye contact with the

7  Court has been excellent and I have seen no indication that

8  he has not understood the nature and consequences of this

9  proceeding or no evidence based upon Ms. Sweeney's

10  representations or what I saw in court that he cannot ably

11  assist and has not been able to ably assist with his

12  defense.

13          Anything further from the government?

14          MS. RICH:  No, Your Honor.

15          THE COURT:  Ms. Sweeney, anything further from the

16  defense?

17          MS. SWEENEY:  No, Your Honor.

18          THE COURT:  With that, we'll be in recess.

19          Good luck to you, Mr. Alexander.

20              (Proceedings concluded.)

21

22

23

24

25

```
1    UNITED STATES DISTRICT COURT )
                                  )
2    MIDDLE DISTRICT OF FLORIDA   )

3
                    REPORTER TRANSCRIPT CERTIFICATE
4
          I, Howard W. Jones, Official Court Reporter for the
5    United States District Court, Middle District of Florida,
     certify, pursuant to Section 753, Title 28, United States
6    Code, that the foregoing is a true and correct transcription
     of the stenographic notes taken by the undersigned in the
7    above-entitled matter (Pages 1 through 39 inclusive) and
     that the transcript page format is in conformance with the
8    regulations of the Judicial Conference of the United States
     of America.

9
                                  /s    Howard W. Jones
10
                                  _____
11                                Howard W. Jones, RPR, FCRR
                                  Official Court Reporter
12                                United States District Court
                                  Middle District of Florida
13                                Tampa Division
                                  Date:  ___/___/____
14

15

16

17

18

19

20

21

22

23

24

25
```

MS. RICH: [14]
 2/9 3/11 4/9 7/1 9/1
 9/9 18/24 22/15
 25/5 26/15 33/7
 36/8 38/9 39/14
MS. SWEENEY:
[47]
THE COURT:
[138]
THE
DEFENDANT:
[75]
THE DEPUTY
CLERK: [1]  2/5

## $

$100 [1]  24/1
$250,000 [1]  24/1

## /

/s [1]  40/10

## 1

10:05 [1]  1/6
10:51 [1]  1/6
13th [3]  8/20 34/23
 35/6
14th [3]  4/18 31/16
 34/16
15 [3]  17/24 18/16
 18/17
15A [1]  1/20

19th [1]  34/11
1st [1]  6/8

## 2

2017 [8]  4/25 5/1
 5/19 5/23 7/4 7/5
 7/11 7/16
2018 [13]  4/14 4/14
 6/1 7/16 7/21 8/14
 31/5 31/6 33/8
 33/18 33/18 34/3
 34/11
2019 [5]  4/18 6/8
 6/9 31/17 34/16
2020 [4]  1/5 6/12
 34/23 35/7
2700 [1]  1/17
2715 [1]  1/18
28 [2]  1/5 40/5
2nd [1]  6/9

## 3

30th [8]  4/14 5/25
 7/16 7/21 8/14 31/5
 33/8 33/18
3200 [1]  1/14
33 [3]  2/25 23/18
 38/16
33602 [3]  1/15 1/18
 1/20
35 [1]  37/6
35CPT [2]  1/5 2/6

## 4

40 [3]  17/24 18/13
 18/17
40 minutes [1]
 18/11
400 [2]  1/14 1/17
404 [2]  9/17 9/17
4th [1]  6/12

## 5

5024 [1]  1/21
5th [6]  4/14 6/1
 8/15 31/6 33/18
 34/3

## 6

6000 [1]  1/15
6th [1]  5/23

## 7

753 [1]  40/5

## 8

801 [1]  1/20
813/228-2715 [1]
 1/18
813/274-6000 [1]
 1/15
813/301-5024 [1]
 1/21
875 [1]  31/14
8:20-cr-118-T-35C
PT [2]  1/5 2/6

# A

a.m [1] 1/6
ability [5] 13/6
13/13 15/15 16/12
17/13
able [7] 15/4 15/18
16/21 19/5 21/15
25/3 39/11
ably [5] 10/10
13/13 13/14 39/10
39/11
about [25] 3/3 3/5
3/22 7/9 7/14 7/15
7/21 9/13 11/6 13/8
17/2 17/8 20/17
21/8 21/10 21/20
23/20 24/14 29/7
29/8 31/5 31/6
31/16 32/20 33/7
above [1] 40/7
above-entitled [1]
40/7
abundance [1] 3/21
accept [1] 11/1
accepted [1] 38/25
accepts [1] 27/5
access [1] 35/5
accommodating [1]
2/13
accordingly [1]
39/2
account [2] 6/20

35/7
accurate [2] 3/10
3/11
acronym [1] 14/10
acts [1] 9/14
actually [1] 37/6
add [3] 13/22 13/25
18/23
addiction [1] 12/19
addition [2] 6/4
24/14
additional [3]
26/10 36/6 36/6
Additionally [4]
24/7 25/6 34/3
34/11
address [1] 7/17
adequate [1] 10/13
ADHD [2] 13/22
13/25
adjudged [2] 23/9
39/1
adjudication [1]
23/10
administer [1] 12/3
admit [1] 6/19
admitted [2] 35/7
35/8
admitting [4] 6/20
6/21 29/16 29/18
advent [1] 16/21
advice [1] 21/2

advisory [20] 24/12
28/12 28/25 29/2
29/8
affect [1] 13/6
affecting [3] 7/7
7/23 33/9
affirms [1] 10/3
afford [1] 30/7
after [6] 11/22
15/20 23/3 26/4
26/8 27/3
again [4] 8/19
18/10 23/22 31/23
against [4] 30/2
30/11 30/16 34/12
agree [5] 5/2 7/10
7/19 7/24 18/19
agreeable [2] 8/1
8/3
agreed [1] 24/24
agreeing [3] 4/16
4/19 6/1
agreement [5] 21/6
21/9 21/21 22/1
22/3
agreements [1]
21/17
aided [1] 1/24
albeit [1] 32/4
alcoholic [1] 12/22
ALEXANDER [45]

# A

Alexander's [2] 16/8 38/12

all [18] 6/1 14/14 15/6 17/7 20/6 20/15 20/15 20/23 26/16 30/6 30/10 30/25 31/13 32/15 33/15 34/9 34/13 35/13

alleged [2] 4/23 5/12

allowable [1] 9/18

allowed [2] 18/6 29/12

almost [3] 15/21 18/14 37/11

along [2] 28/7 36/14

already [1] 7/9

also [17] 6/5 7/17 9/21 11/12 18/4 24/8 25/22 26/1 26/2 28/9 29/6 29/22 30/13 34/9 34/21 35/4 35/8

altered [1] 34/20

always [1] 21/16

am [3] 11/6 11/20 19/10

Amendment [1] 9/24

AMERICA [1] 1/3

2/5 40/8

among [2] 10/12 25/10

amount [2] 18/2 32/20

ample [1] 23/3

anger [1] 5/24

another [9] 3/19 13/23 14/10 25/22 27/12 27/13 31/10 31/20 32/9

answer [2] 11/21 37/22

answers [3] 11/20 17/11 38/12

anticipated [1] 11/5

any [42]

anyone [4] 19/23 20/2 22/8 22/20

anything [6] 13/5 18/22 18/23 38/8 39/13 39/15

anyway [1] 14/21

Anywhere [1] 17/24

apologize [1] 16/18

appeal [1] 21/16

appearance [1] 16/1

appearances [2] 1/12 2/8

appeared [1] 39/5

apply [2] 27/13 29/3

appointed [1] 30/8

appropriate [2] 17/7 17/9

appropriately [1] 7/20

are [46]

area [1] 6/3

areas [1] 36/6

Arthur [1] 12/8

articles [1] 35/3

as [63]

ask [13] 6/23 7/11 11/6 11/8 11/20 15/13 17/10 18/22 22/11 32/25 33/3 36/6 37/23

asked [1] 17/8

ass [2] 33/22 34/1

assessing [1] 9/13

assessment [1] 24/1

assigned [2] 19/8 19/12

assist [3] 27/8 39/11 39/11

assistance [1] 30/5

Assistant [4] 1/14 1/17 21/13 37/6

attorney [9] 1/14 21/14 21/19 30/7

Case 8:20-cr-00118-MSS-CPT   Document 116   Filed 12/07/20   Page 44 of 66 PageID 825

# A

attorney... [5]  30/8
 37/3 37/7 37/8
 37/14
attorney-client [1]
 21/19
audio [1]  1/24
authority [2]  19/11
 29/1
Avenue [1]  1/20
aware [2]  13/21
 38/18

# B

back [2]  16/3 25/1
bad [1]  34/1
ballpark [1]  37/12
bar [1]  33/24
based [4]  7/4 17/12
 38/12 39/9
basically [2]  10/6
 14/18
basis [10]  3/18 4/16
 4/21 4/23 5/8 8/18
 9/25 11/4 34/22
 38/22
be [55]
beat [2]  33/22 34/1
because [4]  4/22
 14/15 32/3 33/4
been [18]  4/12
 12/18 14/14 15/21

17/9 18/2 18/6
 21/23 22/12 28/11
 37/3 37/6 37/9 39/7
 39/11
before [15]  1/11 4/8
 11/1 16/24 17/10
 19/8 19/10 19/16
 19/16 19/17 19/25
 20/3 27/16 36/4
 38/15
begin [6]  4/11 4/24
 5/1 5/3 8/13 8/19
beginning [8]  5/7
 5/23 6/17 8/13
 23/20 31/5 32/19
 37/21
begins [2]  7/4 8/20
behavior [1]  26/6
behavioral [1]  14/8
being [6]  13/17
 15/18 15/20 15/21
 15/23 18/6
beings [1]  8/14
believe [4]  3/4
 13/22 36/6 36/7
believes [3]  28/15
 29/8 33/1
benefit [1]  21/9
best [3]  7/14 11/9
 37/22
better [1]  11/9

between [5]  5/25
 8/14 18/15 18/17
 33/18
beverage [1]  12/22
beyond [2]  30/3
 32/15
big [1]  10/18
bipolar [1]  14/3
bit [6]  7/2 9/13 9/24
 14/18 14/20 14/23
book [1]  17/6
both [13]  3/13
 10/19 11/6 14/18
 16/25 22/11 23/7
 23/21 23/23 32/3
 32/3 37/17 38/23
bottom [1]  6/15
break [1]  15/8
brother [1]  34/6
bullied [1]  14/14

# C

call [1]  2/3
called [4]  2/2 19/10
 27/6 33/24
calls [1]  18/1
can [12]  6/24 11/1
 12/15 13/24 14/4
 14/20 17/13 19/9
 24/25 25/5 36/13
 37/2
can't [1]  6/7
CANDACE [2]

# C

**CANDACE... [2]** 1/13 2/9
**cannot [1]** 39/10
**capable [1]** 38/17
**career [1]** 37/13
**case [31]** 1/5 2/4 2/6 9/6 9/11 9/13 10/15 11/7 16/11 16/16 17/10 17/14 19/9 19/12 20/7 20/23 20/24 21/14 22/9 22/22 24/18 26/13 27/9 27/12 27/13 30/6 31/2 32/2 32/14 33/2 38/16
**caution [1]** 3/21
**center [1]** 16/25
**certain [8]** 8/4 10/19 23/10 24/9 24/19 26/6 31/14 32/1
**CERTIFICATE [1]** 40/3
**certify [1]** 40/5
**challenge [1]** 30/12
**change [1]** 27/21
**changes [1]** 34/21
**charge [1]** 32/3
**charges [8]** 29/16 29/19 30/2 31/2 38/19
**chart [1]** 17/5
**choose [1]** 30/14
**CHRISTOPHER [1]** 1/11
**cited [1]** 24/10
**City [4]** 31/10 31/20 33/12 33/25
**civil [1]** 23/10
**clarification [1]** 7/2
**classes [1]** 14/14
**clear [3]** 9/4 12/24 25/18
**clearly [3]** 13/1 15/4 19/5
**Clerk [3]** 2/3 12/2 12/4
**client [5]** 13/24 21/7 21/9 21/19 36/23
**client's [1]** 13/11
**clients [2]** 16/22 37/12
**closely [2]** 33/3 39/4
**Code [2]** 31/15 40/6
**coerce [1]** 19/23
**coerced [1]** 22/20
**colloquy [3]** 4/8 7/13 10/2
**come [1]** 30/18
**comfortable [1]** 10/5
**comma [1]** 7/21
**comments [1]** 16/8
**commerce [8]** 3/2 7/8 7/23 31/9 31/19 32/8 33/9 35/20
**commission [1]** 25/16
**commit [1]** 25/15
**communicate [5]** 3/15 31/12 31/22 32/11 35/24
**communication [2]** 31/13 31/23
**compel [1]** 30/18
**competency [2]** 13/11 39/3
**competent [4]** 16/6 17/11 36/23 38/17
**completely [2]** 15/12 17/17
**comply [2]** 36/15 37/19
**component [1]** 26/3
**computer [1]** 1/24
**computer-aided [1]** 1/24
**concern [1]** 7/18
**concerned [2]** 24/9 26/8
**concluded [1]**

C

concluded... [1] 39/20
concludes [2] 8/17 8/21
conclusion [1] 33/5
conduct [4] 4/14 4/15 4/18 4/20
conducted [1] 2/20
conducting [1] 26/8
confer [3] 11/15 13/7 13/13
Conference [1] 40/8
conferencing [1] 16/21
conferred [1] 13/15
conformance [1] 40/7
connection [1] 22/13
consent [2] 19/24 20/3
consequence [1] 13/7
consequences [7] 13/12 16/15 17/14 26/17 36/25 38/20 39/8
consistent [1] 7/17
constituted [1] 9/16
constituting [1]

constitutional [3] 29/20 30/21 30/25
contact [4] 17/7 18/6 18/14 39/6
contain [1] 27/10
contained [3] 6/16 29/17 34/25
containing [4] 31/9 31/19 32/8 35/20
contains [1] 28/14
continuing [1] 31/5
conviction [1] 25/11
cop [1] 6/7
Cops [1] 6/10
correct [6] 8/10 10/8 10/24 25/5 26/24 40/6
correctly [1] 8/24
cost [1] 30/9
could [14] 2/3 2/7 3/22 5/6 9/6 10/14 11/23 12/2 12/6 15/13 30/7 30/15 32/23 33/1
couldn't [1] 38/2
counsel [7] 2/7 13/13 13/15 30/6 36/15 37/19 38/14
count [9] 4/13 4/17 24/4 25/11 31/4

36/19
counts [10] 3/13 23/21 23/23 29/17 31/3 32/3 32/3 32/5 32/24 38/23
couple [1] 2/23
course [2] 11/13 37/13
court [26] 1/1 1/19 2/2 3/20 4/4 10/2 10/4 10/12 10/18 11/16 17/16 26/4 26/8 27/5 29/1 37/21 37/23 38/16 39/5 39/7 39/10 40/1 40/4 40/5 40/11 40/12
Court's [3] 9/11 26/7 39/6
courthouse [1] 30/19
courtroom [1] 1/24
cover [1] 36/7
COVID [1] 16/21
cr [2] 1/5 2/6
crime [1] 17/4
crimes [2] 10/16 37/7
criminal [2] 27/15 29/16
cross [1] 30/11

## C

cross-examine [1] 30/11
currently [2] 12/21 13/17
cursory [1] 16/4

## D

D.H [8] 6/5 31/21 33/13 33/14 34/16 34/19 34/20 34/21
daily [3] 8/17 18/14 34/22
date [3] 4/19 24/2 40/13
dates [2] 4/23 32/4
deadly [1] 5/20
decide [1] 10/2
deciding [1] 27/9
decision [2] 22/2 23/2
declines [1] 27/21
defendant [22] 1/8 1/16 5/3 6/5 7/6 7/22 9/7 12/4 33/8 33/12 33/16 33/19 34/3 34/12 34/16 35/2 35/4 35/6 36/15 37/19 38/17 38/18
defendant's [7] 6/16 34/14 34/24

39/3
Defender [1] 1/17
Defender's [2] 10/11 37/10
defense [13] 9/21 10/19 22/12 30/12 30/14 30/19 36/5 37/3 37/8 37/14 38/10 39/12 39/16
demeanor [1] 38/13
depart [1] 29/2
Department [2] 31/10 33/13
deprive [1] 23/10
Deputy [1] 12/4
describe [5] 14/20 27/11 27/12 27/14 37/2
described [6] 28/3 28/17 32/24 35/19 35/21 35/24
determine [1] 28/12
device [1] 35/4
diagnoses [1] 13/16
diagnosis [1] 13/23
dictates [1] 9/18
did [20] 6/13 12/11 14/25 19/16 19/23 20/2 20/11 20/14 21/10 21/18 21/22

31/11 31/18 31/21 35/13 35/19 35/23
didn't [2] 16/17 17/5
die [1] 34/18
different [3] 29/11 31/3 32/4
digital [1] 1/24
direct [4] 6/5 33/14 33/19 34/13
directly [2] 7/8 27/22
disability [2] 13/23 14/1
disagree [1] 27/20
disagreement [2] 10/7 35/16
discovery [4] 16/11 17/1 17/8 20/10
discuss [2] 19/16 23/4
discussed [4] 17/5 20/22 21/25 22/6
discussions [1] 25/3
disorder [1] 14/8
dispute [7] 3/1 3/3 3/5 3/13 4/7 10/3 24/21
DISTRICT [17] 1/1 1/1 19/8 19/12 27/8 27/17 27/23

**D**

DISTRICT... [10]
28/6 31/7 31/17
33/17 40/1 40/2
40/5 40/5 40/12
40/12
DIVISION [2]  1/2
40/13
do [37]  2/23 3/7
3/19 4/3 4/9 6/24
8/24 10/20 11/5
11/9 11/10 11/17
11/25 13/1 15/5
15/14 16/21 19/21
23/14 24/5 24/11
25/24 26/11 26/16
28/2 28/16 29/4
29/14 30/20 30/23
32/13 35/16 36/13
36/16 36/19 37/22
37/23
Document [3]  2/25
23/18 38/16
does [3]  13/16 28/1
36/5
doing [1]  13/2
Dominguez [1]
12/8
Dominguez-Alexan
der [1]  12/8
don't [9]  3/4 3/22
4/6 4/7 4/22 11/8
done [4]  16/2 16/3
16/4 16/11
doubt [2]  30/3
32/16
down [3]  6/4 6/10
37/17
downward [1]  29/2
dozen [2]  16/23
17/20
drafted [1]  27/20
drug [2]  12/19
12/22
due [1]  24/2
during [2]  4/15
11/12

**E**

each [6]  24/4 31/25
32/15 33/2 33/13
38/22
EBD [3]  14/3 14/6
14/7
effective [1]  30/5
effort [1]  34/14
eight [1]  37/7
either [8]  9/16 9/17
13/6 25/11 25/14
25/16 28/11 36/5
elected [1]  30/16
element [1]  3/13
elements [11]  7/8
10/4 10/15 17/3
32/15 32/23 33/3
38/23
Eleventh [2]  12/12
12/13
else [2]  13/5 25/1
elsewhere [2]  31/7
31/17
Emotional [1]  14/8
emphasize [1]
28/24
end [4]  6/13 7/13
7/20 10/2
ended [1]  6/17
ending [2]  5/1 5/23
ends [4]  5/20 6/7
6/10 6/18
enforcement [7]
5/8 5/10 6/6 33/10
33/11 34/23 35/3
enforcement-relate
d [1]  35/3
English [1]  12/16
enough [1]  20/14
enter [4]  10/23 11/5
19/10 22/2
entering [1]  38/18
entire [1]  5/24
entitled [1]  40/7
envisioned [1]
10/16
EOD [1]  14/5

**E**

ESE [3] 14/3 14/11
 14/12
ESQ [2] 1/13 1/16
essential [4] 32/1
 32/2 32/15 38/23
evaluation [2] 16/2
 16/4
events [1] 35/3
ever [1] 12/18
everything [4] 15/7
 15/22 15/23 25/1
evidence [4] 20/6
 20/15 28/8 39/9
examine [1] 30/11
example [1] 3/8
excellent [1] 39/7
executed [1] 34/23
expected [1] 29/12
expeditious [1]
 2/13
experience [3] 15/1
 16/7 37/3
experienced [1]
 29/7
experts [1] 16/4
explain [5] 10/12
 11/9 14/22 26/2
 27/3
explaining [1] 17/3
explanation [1]
 16/10

extent [1] 9/15
eye [1] 39/6

**F**

Facebook [13] 3/1
 6/6 6/20 7/7 7/22
 33/9 33/14 33/16
 33/19 34/4 34/17
 35/5 35/7
fact [1] 7/4
factors [1] 28/14
facts [13] 3/8 4/7
 9/7 10/4 10/14 20/6
 20/15 27/11 32/22
 33/1 35/10 35/14
 35/17
factual [8] 3/18
 4/16 4/20 4/22 5/7
 9/25 11/4 38/22
fair [2] 27/9 32/20
false [1] 11/24
falsely [1] 11/22
families [1] 33/15
family [2] 34/15
 34/20
far [6] 5/15 12/11
 15/17 16/7 24/9
 26/7
FCRR [2] 1/19
 40/11
feared [2] 33/14
 34/19
February [5] 6/8

Federal [3] 1/17
 10/11 37/10
felony [2] 23/7 23/9
few [1] 27/2
figure [1] 37/12
final [1] 6/19
finally [1] 30/17
finding [1] 38/16
fine [3] 3/24 8/9
 24/1
Finish [1] 33/24
firearm [1] 23/13
first [6] 4/24 4/25
 7/3 7/4 9/23 32/7
five [2] 8/19 23/24
FLORIDA [13] 1/1
 1/6 1/15 1/18 1/20
 1/20 3/10 31/7
 31/17 33/17 40/2
 40/5 40/12
focused [1] 17/11
follow [1] 17/8
follow-up [1] 17/8
following [4] 6/9
 33/20 34/4 34/17
follows [2] 23/23
 32/6
force [3] 5/20 19/24
 30/18
forced [1] 22/21
foregoing [1] 40/6

**F**

foreign [6] 7/8 7/23 31/9 31/19 32/8 33/9
forfeit [1] 25/11
forfeiture [7] 24/9 24/14 24/19 24/21 25/2 25/6 25/9
form [2] 19/14 19/16
formal [2] 21/6 21/10
format [1] 40/7
forth [5] 23/17 23/22 25/9 25/20 32/5
found [4] 2/25 17/9 23/18 38/15
four [4] 6/3 8/16 15/21 37/11
frame [3] 6/2 6/8 7/6
frames [2] 4/21 32/4
freely [2] 11/3 22/24
frequently [3] 18/1 34/21 35/2
friend [2] 33/22 34/6
friends [1] 6/13
front [1] 17/6

fucking [2] 6/18 33/21
full [7] 8/13 8/16 8/20 8/22 12/7 23/3 36/24
fully [2] 21/1 38/17
fulsome [1] 16/9
further [3] 25/3 39/13 39/15
future [1] 34/15

**G**

G.B [9] 6/5 33/13 33/14 33/19 34/8 34/9 34/11 34/12 34/14
G.B.'s [1] 34/5
G.P [1] 31/11
GARCIA [1] 1/13
general [2] 16/16 17/14
generally [1] 21/19
get [7] 10/17 15/22 19/24 20/3 22/9 22/21 34/1
gets [1] 3/18
getting [1] 21/19
give [3] 3/17 28/7 28/14
given [2] 16/25 29/8
giving [3] 29/19 29/23 30/25
glass [1] 18/6

goes [2] 6/16 7/14 12/11 15/5 17/1 20/11 25/6 25/21 29/20 34/25 38/1 38/4
goes [2] 5/11 7/8
going [9] 11/6 11/20 16/15 26/1 27/2 29/20 32/25 33/4 34/18
Good [6] 2/10 2/11 2/15 2/17 2/18 39/19
government [22] 1/13 10/14 10/19 11/16 20/11 21/7 22/11 24/24 25/2 25/18 28/1 28/7 28/11 30/2 32/1 32/14 32/23 33/1 36/5 36/8 38/8 39/13
government's [7] 2/25 9/5 21/17 23/18 24/8 32/6 38/15
grade [1] 12/12
granted [1] 34/12
gross [1] 25/13
guideline [4] 17/5 28/12 29/2 29/9
Guidelines [4] 17/4

## G

Guidelines... [3]
27/13 28/20 28/25
guilty [43]

## H

had [11]  16/3 16/5
17/1 18/4 18/4 18/6
18/14 19/1 20/5
23/3 37/21
handicap [2]  14/14
14/16
handicapped [1]
14/13
handle [2]  7/15
15/15
hands [1]  34/1
hard [1]  14/22
harm [1]  34/15
has [15]  7/7 7/22
13/14 17/8 21/24
22/8 22/20 24/24
25/18 25/20 33/8
39/5 39/7 39/8
39/11
have [60]
having [2]  11/22
23/3
he [15]  13/14 13/16
16/5 17/8 17/17
18/1 33/16 34/20
34/22 36/23 38/19

39/1 39/5 39/8
39/10
he's [2]  16/15 16/25
heads [1]  3/18
heads-up [1]  3/18
health [4]  13/16
13/20 13/21 14/2
hear [4]  27/24
30/10 35/13 38/2
heard [2]  14/10
21/24
hearing [3]  1/10
26/8 27/4
help [2]  14/21
14/21
helpful [1]  16/9
her [5]  7/5 11/15
27/23 33/3 33/5
here [7]  2/12 10/6
10/16 15/21 27/8
31/6 31/17
high [1]  12/13
him [10]  16/7 16/10
17/3 17/9 17/10
17/20 18/4 18/16
21/15 25/3
his [21]  13/11 13/12
16/11 16/14 17/1
17/7 17/13 21/15
21/16 22/13 34/8
34/10 34/14 34/19
34/20 36/25 38/13

39/11
history [1]  27/14
hold [2]  23/12
30/15
honor [96]
HONORABLE [1]
1/11
hope [1]  25/2
house [1]  34/24
how [11]  12/9
12/11 17/4 17/22
18/8 27/12 36/16
36/19 37/3 37/9
37/12
Howard [4]  1/19
40/4 40/10 40/11
however [2]  7/6
19/9
Hundreds [1]  37/15

## I

I'd [3]  2/12 7/24
33/3
I'll [5]  6/23 10/11
11/9 11/14 22/11
I'm [15]  2/12 5/22
6/17 14/23 14/23
14/25 15/2 15/22
21/13 26/1 27/2
29/20 32/25 33/4
36/12
I've [13]  4/2 11/3

## I

I've... [11]  13/17
13/19 14/14 15/21
24/15 26/18 28/2
28/16 32/24 37/5
39/3
illness [1]  12/19
importance [2]
11/19 13/2
important [4]
27/16 29/10 29/19
30/20
imposed [1]  39/1
impress [1]  11/19
imprisonment [1]
23/24
include [1]  26/5
included [3]  5/17
17/4 33/20
includes [3]  5/24
24/20 25/19
including [9]  13/11
17/16 20/23 26/18
27/11 27/14 30/6
31/6 38/15
inclusive [1]  40/7
independent [3]
11/4 32/22 38/22
indicated [2]  11/3
21/24
indicating [1]  19/15
indication [1]  39/7

indictment [13]  3/5
4/13 5/13 5/14 6/2
9/23 24/18 25/9
25/21 25/22 29/17
31/2 36/17 36/20
inextricably [1]
9/15
influence [1]  12/21
information [2]
28/8 34/10
informed [1]  38/18
initial [2]  16/1 16/4
initials [2]  31/11
31/21
injunction [1]
34/12
injure [4]  31/9
31/20 32/9 35/21
inquiries [1]  10/19
inquiry [1]  5/11
instruct [1]  27/6
instructed [1]
30/15
intended [1]  25/15
intent [7]  3/14 5/9
31/11 31/21 32/10
33/10 35/24
interactions [2]
13/19 16/10
interfere [2]  13/18
13/19
internet [3]  8/21

interstate [8]  3/2
7/7 7/23 31/8 31/19
32/8 33/9 35/20
intertwined [1]
9/15
interviewed [1]
35/6
iPhone [5]  24/24
25/2 25/19 34/25
34/25
is [70]
issue [7]  7/1 9/24
13/10 14/17 15/17
26/13 30/17
issues [3]  6/24 9/12
13/21
it [42]
it's [13]  2/15 2/19
10/16 10/22 14/22
15/12 16/19 21/23
23/18 24/19 25/20
27/16 29/10
item [2]  25/3 25/23
items [5]  24/19
24/20 24/20 24/22
24/23

## J

jail [7]  15/21 15/23
16/2 16/24 18/7
18/10 26/10
JAMES [5]  1/7 2/6

## J

**JAMES... [3]** 12/8 31/8 31/18
**January [4]** 4/18 6/12 31/16 34/16
**Jones [4]** 1/19 40/4 40/10 40/11
**judge [17]** 1/11 16/1 19/8 19/9 19/11 19/11 19/12 19/12 25/7 27/8 27/8 27/17 27/23 28/5 28/6 28/9 38/24
**Judicial [1]** 40/8
**July [1]** 5/19
**jumped [1]** 5/15
**June [7]** 4/14 6/1 8/15 31/6 33/18 34/3 34/11
**June 5th [1]** 8/15
**junior [1]** 12/13
**jury [4]** 30/1 30/4 30/14 32/17
**just [20]** 3/22 3/24 4/17 5/6 7/1 7/11 10/17 14/25 15/6 15/10 15/13 15/13 15/18 21/24 24/15 27/25 32/24 35/14 37/25 38/3
**justified [1]** 5/21

## K

**KATHLEEN [2]** 1/16 2/11
**kill [1]** 6/7
**killing [1]** 33/22
**kind [6]** 14/13 14/13 14/22 14/23 15/2 23/12
**kindly [1]** 12/2
**know [5]** 11/9 11/14 13/8 24/25 36/13
**knowing [2]** 9/13 38/21
**knowingly [9]** 7/7 7/22 11/21 31/8 31/18 32/7 33/8 35/20 36/24
**knowledge [5]** 3/15 31/12 31/22 32/11 35/25

## L

**language [1]** 12/16
**last [6]** 5/2 8/13 8/22 33/22 34/6 37/22
**law [10]** 5/8 5/9 6/6 11/2 28/15 33/10 33/11 34/23 35/2 37/6
**lawyer [12]** 11/14

13/5 19/6 19/7 20/4 20/17 21/3 22/6 23/20 28/8 28/22 29/7 36/14
**lawyers [2]** 10/10 32/20
**learning [2]** 13/22 14/1
**least [3]** 7/15 7/21 33/7
**length [1]** 22/6
**lengthy [1]** 4/8
**lesser [1]** 19/11
**let [5]** 7/12 11/8 11/14 15/13 36/13
**letter [1]** 17/3
**life [1]** 14/14
**light [1]** 16/8
**like [11]** 2/12 4/17 6/13 8/7 14/13 17/6 18/7 18/15 18/22 18/23 19/20
**limit [1]** 5/12
**limited [2]** 24/20 25/19
**limits [1]** 18/10
**line [2]** 8/17 33/24
**listen [1]** 33/3
**little [6]** 7/2 9/13 14/18 14/20 14/23 15/10
**live [1]** 6/18

**L**

located [2] 3/9
33/16
locations [2] 8/17
34/22
long [6] 10/1 10/3
17/22 18/8 37/3
37/9
look [2] 4/13 28/13
looking [1] 9/24
lot [1] 10/9
lucid [1] 39/5
luck [1] 39/19

**M**

Madam [2] 2/3
12/2
made [8] 6/5 9/23
10/18 22/8 22/13
23/3 25/18 28/11
MAGISTRATE [2]
1/11 19/11
make [10] 2/25
3/22 4/6 7/12 10/13
11/2 20/2 23/8
29/21 32/22
makes [2] 4/5 4/6
making [1] 11/23
mandatory [2] 24/1
29/3
manner [2] 2/14
17/11

many [1] 37/12
material [2] 4/1 4/7
matter [4] 19/17
22/5 23/4 40/7
matters [1] 26/21
maximum [3]
23/24 23/25 23/25
may [15] 1/5 4/14
5/25 7/16 7/21 8/14
13/23 23/10 26/8
27/15 29/7 31/5
33/8 33/18 37/17
May 30th [1] 7/16
me [19] 4/3 7/12
9/12 11/8 11/14
15/13 15/20 17/6
18/22 18/23 19/10
19/16 19/17 19/25
20/3 33/24 34/7
36/13 38/15
mean [1] 16/17
means [1] 28/25
meant [1] 26/2
measures [1] 34/13
media [1] 35/4
medication [1]
12/22
meet [6] 9/18 10/15
27/21 32/23 33/2
33/24
meetings [1] 17/22
members [1] 34/15

mental [1] 12/9
13/16 13/20 14/1
14/17 15/18 16/2
mention [1] 9/10
mentioned [7] 14/9
14/10 17/19 18/3
20/9 32/19 37/20
merits [1] 21/20
message [7] 31/8
31/18 32/7 32/10
34/4 34/7 34/17
messages [9] 3/1
3/5 3/9 3/14 6/21
33/14 35/8 35/20
35/23
Messenger [4] 3/2
33/20 34/4 34/17
met [2] 16/23 17/20
MIDDLE [7] 1/1
31/7 31/17 33/17
40/2 40/5 40/12
might [4] 13/5 29/3
29/9 29/10
mind [2] 12/24 19/3
minimums [1] 29/3
minutes [5] 17/24
18/11 18/13 18/17
27/2
mirrors [1] 6/2
modification [1]
8/8
moment [3] 5/7

# M

moment... [2]  19/1
26/1
months [1]  15/21
more [4]  4/20 7/20
16/9 18/16
morning [13]  2/10
2/11 2/15 2/17 2/18
3/20 11/5 11/13
12/24 19/15 26/19
30/24 32/21
most [1]  24/23
Mr [31]  2/12 2/17
2/20 7/13 10/3 10/9
10/22 11/7 12/6
13/25 16/5 16/8
18/19 18/25 19/8
21/15 21/18 21/23
22/13 22/20 23/8
24/18 32/13 35/13
36/3 36/12 36/16
37/20 38/12 39/4
39/19
Mr. [11]  15/9 16/24
17/13 20/6 24/14
25/9 26/18 27/3
29/1 29/18 37/18
Mr. Alexander [11]
15/9 16/24 17/13
20/6 24/14 25/9
26/18 27/3 29/1
29/18 37/18

# Ms [58]

Ms. [6]  7/3 7/11
9/11 10/10 16/8
19/18
Ms. Rich [1]  7/11
Ms. Sweeney [5]
7/3 9/11 10/10 16/8
19/18
murdered [1]  34/6
my [21]  2/15 2/19
5/11 6/13 7/1 9/17
10/22 11/9 11/20
11/22 13/24 14/14
17/10 21/9 33/22
34/1 34/6 37/22
38/13 38/13 38/24
myself [1]  11/9

# N

name [1]  12/7
narcotic [1]  12/19
nature [6]  13/6
13/12 16/15 17/14
38/19 39/8
need [2]  6/10 11/15
needed [1]  16/3
nervous [1]  15/10
never [3]  13/17
13/19 21/10
next [4]  5/25 6/3
6/12 6/15
nine [1]  34/9
no [34]  1/5 2/6 3/1

3/15 9/3 10/3 10/7
12/20 12/23 13/9
13/14 15/10 16/5
18/24 20/1 20/4
21/9 22/10 22/15
22/18 22/23 26/15
30/8 30/24 35/12
35/18 36/10 38/7
38/9 38/11 39/7
39/9 39/14 39/17
None [1]  36/8
nonetheless [1]  9/7
normally [1]  17/6
not [19]  3/25 9/12
9/15 13/17 14/9
18/6 24/20 25/19
29/12 29/18 29/24
30/7 30/14 30/15
30/16 36/17 36/20
39/8 39/11
note [2]  13/16
15/25
notes [1]  40/6
nothing [1]  16/2
notice [7]  2/25
23/18 23/19 23/22
24/8 32/6 38/15
notwithstanding [1]
9/4
now [14]  3/22 4/3
5/22 14/4 14/23
15/11 16/15 19/1

# N

now... [6]  26/1 29/21 32/25 33/25 34/7 37/22

number [4]  3/19 9/22 27/10 29/19

# O

oath [3]  11/21 11/22 12/3

object [5]  5/2 5/5 5/21 27/19 27/25

objected [1]  6/14

objecting [4]  4/21 6/3 6/11 7/3

objection [4]  7/5 9/3 9/5 35/10

objections [5]  3/19 6/25 27/21 27/22 28/10

objects [1]  9/8

obligations [1]  24/9

observations [1] 38/13

obtained [1]  25/14

occur [1]  27/3

occurring [2]  4/15 4/18

OCD [2]  14/3 14/9

October [1]  5/23

offense [2]  23/6 32/4

offenses [5]  23/6 23/7 23/9 25/14 25/16

offers [1]  21/7

office [3]  10/11 23/12 37/10

officer [4]  27/6 27/20 31/11 31/21

officers [5]  5/8 5/21 8/4 33/10 33/13

Official [2]  40/4 40/11

okay [32]  2/23 3/7 3/12 4/10 4/11 5/16 5/18 6/22 7/25 8/7 9/2 10/1 10/9 15/4 15/12 15/17 15/24 16/19 17/19 17/25 18/12 18/21 18/25 21/23 24/17 25/4 25/8 26/16 35/13 36/9 37/16 38/5

old [1]  12/9

once [2]  23/9 34/1

one [26]  3/14 4/13 7/2 7/6 8/4 8/8 8/8 9/12 10/4 14/10 16/4 19/13 21/10 23/2 23/21 23/23 25/16 29/17 31/4 31/24 32/5 32/21 32/24 36/17 38/21

ones [2]  3/2 14/4

only [5]  7/1 23/3 29/18 37/25 38/3

onset [1]  18/7

opinion [1]  29/8

opportunity [7] 11/15 20/5 23/4 27/18 27/22 28/7 37/23

opposed [1]  7/16

option [1]  20/23

options [1]  20/23

order [1]  2/2

ordered [1]  16/1

other [6]  9/14 10/12 14/1 25/10 25/13 38/6

otherwise [2]  19/24 22/21

our [3]  13/19 16/4 16/22

out [6]  3/6 3/21 5/24 14/21 24/7 29/11

outside [6]  3/10 4/21 9/23 11/16 13/25 38/6

outstanding [1] 28/10

over [4]  4/2 29/20 37/13 38/1

# O

own [1] 30/13
ownership [2] 6/20
35/7

# P

page [12] 4/12 4/24
5/22 6/3 6/16 8/12
8/13 8/16 8/19 8/23
23/22 40/7
pages [2] 6/7 40/7
paragraph [21] 5/3
5/5 5/19 5/20 5/22
5/23 5/24 6/4 6/9
6/12 6/14 6/15 6/19
7/2 8/4 8/8 8/14
8/16 8/16 8/20 8/22
part [6] 7/4 27/11
27/12 27/14 28/2
28/16
participants [1]
17/15
particular [2] 25/8
25/21
parties' [1] 8/24
parts [1] 27/11
pause [1] 5/6
penalties [5] 23/16
23/21 23/22 24/3
24/14
perhaps [3] 6/23
7/14 16/9

period [4] 4/1/5/1
5/12 5/14 9/22
perjury [1] 11/23
permanent [1]
34/12
persist [1] 29/24
person [8] 2/21
18/4 18/5 18/8
18/16 31/10 31/20
32/9
personal [5] 25/12
25/15 27/14 34/8
34/10
persons [1] 35/21
perspective [1]
9/21
physical [2] 14/16
15/14
picture [1] 10/18
piece [1] 34/7
pigs [1] 6/18
Pinellas [2] 16/2
16/22
place [1] 26/4
Plaintiff [1] 1/4
Plant [4] 31/10
31/20 33/12 33/25
plea [33] 1/10 6/25
9/14 10/23 11/1
11/4 19/10 19/16
21/6 21/6 21/6 21/8
21/10 21/17 21/21

22/17 22/6 22/12
22/13 23/17 24/8
26/17 27/5 29/13
29/24 36/5 36/13
36/25 37/24 38/18
38/20 38/20 38/25
plead [7] 10/16
19/7 22/9 22/21
23/2 36/16 36/19
pleading [13] 11/2
19/17 19/25 20/3
21/20 21/25 22/24
23/7 29/18 29/23
30/23 36/23 38/19
please [4] 2/3 2/7
11/8 11/14
pleasure [1] 2/16
point [3] 4/22 11/12
13/18
pointed [1] 24/7
Police [3] 31/10
31/20 33/13
portions [1] 27/19
positing [1] 3/20
position [1] 9/5
positions [1] 8/24
possess [1] 23/12
possibility [1]
21/25
possible [1] 26/17
posted [2] 6/6 33/16
postings [1] 35/4

# P

potential [1] 7/1
potentially [1] 25/10
practiced [1] 37/6
practicing [1] 37/4
preliminary [1] 2/24
prepare [1] 27/6
prepared [3] 18/25 36/12 36/13
presence [1] 11/16
present [2] 2/12 28/8
presentence [5] 27/7 27/7 27/10 28/1 28/10
prior [3] 9/16 18/3 18/7
prison [3] 26/4 38/1 38/4
privately [1] 11/15
privilege [1] 21/20
Pro [4] 6/16 25/6 25/21 34/25
probation [2] 27/6 27/20
problem [1] 16/5
proceed [7] 8/15 8/22 10/2 16/6 19/1 19/15 36/4
proceeded [1] 9/6

proceeding [14] 2/20 10/5 10/13 11/13 13/3 13/7 13/12 15/5 17/15 17/16 32/21 38/14 39/5 39/9
proceedings [3] 1/24 13/15 39/20
proceeds [1] 25/13
process [8] 15/6 15/18 15/22 16/12 17/10 27/3 28/2 28/16
productions [2] 17/1 20/10
proffer [1] 3/8
profits [1] 25/13
promises [3] 20/2 22/8 22/12
promote [1] 25/16
proof [1] 9/17
property [5] 25/12 25/14 25/17 25/17 25/19
prosecution [1] 11/23
prosecutor [4] 17/16 23/19 32/25 37/7
protect [1] 34/14
protected [1] 9/23
prove [7] 9/7 10/14

30/3 32/2 32/15 32/23 33/2
provide [1] 11/14
provided [1] 20/11
provides [2] 24/19 25/10
provisions [1] 24/10
public [5] 10/11 23/12 34/10 35/3 37/10
punishment [1] 26/17
purpose [1] 27/7
purposes [1] 32/21
pursuant [2] 24/10 40/5
pussy [1] 33/21
put [1] 6/10

# Q

question [3] 11/8 15/14 15/18
questions [16] 2/24 11/6 11/20 11/21 11/22 17/7 17/8 17/10 33/4 36/7 37/21 37/23 37/24 38/6 38/13 39/6
quite [2] 9/24 38/2

# R

range [4] 17/23

# R

range... [3] 28/12 29/2 29/9
ranging [1] 18/17
rather [2] 23/6 31/25
read [2] 7/20 12/15
reading [2] 7/14 8/9
ready [1] 16/6
real [2] 25/12 25/15
reason [2] 9/10 11/7
reasonable [4] 27/9 28/15 30/3 32/16
recall [2] 13/24 13/24
received [2] 20/10 21/2
recess [1] 39/18
recitation [1] 33/5
recite [1] 33/1
recited [2] 35/11 35/14
recollection [1] 9/18
recommend [1] 38/25
record [5] 2/8 12/7 27/15 37/2 38/14
recording [1] 1/24
redacted [1] 34/10
referenced [3] 5/14

referred [1] 25/20
referring [1] 21/12
regard [3] 3/8 10/7 18/23
regulations [1] 40/8
relate [2] 4/22 35/17
related [1] 35/3
relates [4] 3/13 5/13 6/25 9/25
relative [1] 14/16
release [6] 23/25 26/2 26/4 26/5 26/7 26/9
relevant [1] 28/9
remain [1] 7/16
remainder [1] 8/3
remember [1] 14/4
report [10] 27/7 27/7 27/10 27/17 27/19 27/20 27/21 28/1 28/10 38/24
reported [2] 13/18 16/3
Reporter [4] 1/19 40/3 40/4 40/11
represent [1] 30/8
representation [1] 21/2
representations [3] 22/12 38/14 39/10

represented [2] 10/10 37/13
requested [1] 34/9
required [2] 30/2 32/14
requires [1] 11/2
residence [1] 34/9
resources [1] 18/2
respect [4] 13/10 26/14 37/24 39/3
rest [1] 37/8
restitution [1] 26/14
restrictions [2] 26/6 26/7
result [4] 23/17 34/8 34/13 34/19
results [1] 35/1
return [1] 24/24
review [5] 16/11 20/6 20/14 27/18 27/25
reviewed [4] 10/6 26/18 26/22 28/19
reviewing [1] 2/24
revoke [1] 26/8
RICH [24] 1/13 2/9 3/7 4/2 4/6 6/23 7/11 7/13 7/20 8/8 8/13 8/25 9/4 18/22 21/13 22/14 25/4 26/14 32/25 33/6

Case 8:20-cr-00118-MSS-CPT    Document 82 Filed 12/01/20    Page 60 of 66 PageID 1498

## R

RICH... [4]  35/9
35/14 35/19 35/24
right [18]  14/4
14/23 15/10 19/7
21/15 23/11 23/11
23/12 27/25 29/24
30/1 30/5 30/8
30/10 30/13 30/17
33/25 34/7
rights [6]  23/11
29/20 29/20 29/22
30/21 30/25
roles [1]  17/15
roughly [2]  17/20
18/16
routes [2]  34/20
34/22
RPR [2]  1/19 40/11
rule [3]  9/19 10/12
28/9
ruled [1]  5/21
ruling [3]  9/12 9/16
9/22

## S

safety [2]  33/15
34/20
said [4]  7/3 10/6
15/2 16/5
Saloon [1]  33/24
same [4]  23/19

Sansone [1]  16/1
satisfaction [3]
20/20 30/4 32/16
satisfied [3]  21/1
22/1 36/22
satisfies [2]  10/4
38/22
saw [1]  39/10
say [8]  7/15 7/20
16/18 16/22 17/13
18/2 18/14 21/11
saying [1]  16/5
says [1]  5/8
school [2]  12/11
12/13
Scriven [6]  19/9
19/12 27/8 28/6
28/9 38/24
search [3]  34/24
35/1 35/1
searched [1]  35/2
second [6]  3/13 5/7
7/25 8/16 8/20
32/10
section [3]  5/25
31/14 40/5
see [2]  5/25 30/10
seek [1]  25/2
seeking [2]  5/12
25/6
seems [1]  9/12

13/19 39/7
sees [1]  27/17
seized [1]  34/25
self [1]  13/18
self-reported [1]
13/18
send [4]  31/8 31/18
35/20 35/23
sending [2]  6/21
35/8
sense [2]  4/5 4/6
sent [15]  3/1 3/2 3/6
3/9 3/14 7/7 7/22
21/10 32/7 32/10
33/8 33/13 33/19
34/4 34/16
sentence [18]  4/25
5/7 5/13 6/17 7/3
7/5 7/6 7/25 19/13
21/16 26/3 26/9
27/9 28/9 28/14
29/9 29/11 39/1
sentences [2]  4/25
5/2
sentencing [10]
24/2 27/13 27/17
27/23 28/5 28/6
28/12 28/13 28/19
28/25
servers [2]  3/5 3/9
set [6]  10/14 23/17

# S

set... [4]  23/21 25/20 32/5 32/22
sets [1]  25/9
seven [1]  37/7
several [2]  16/24 35/1
sex [1]  37/7
shall [1]  25/11
she [8]  20/10 20/11 21/24 28/11 28/15 29/7 29/8 33/1
She'll [1]  28/13
she's [3]  7/3 20/9 29/7
should [4]  5/17 13/8 36/6 36/7
showing [1]  35/1
side [2]  15/14 15/18
signed [1]  19/14
significant [2]  4/20 18/2
signing [1]  19/16
simplify [3]  6/24 7/12 8/7
simply [1]  36/14
since [10]  3/5 4/25 5/1 6/1 7/5 7/11 7/15 7/21 17/5 33/7
sir [1]  12/9
sister [1]  34/5
sit [1]  37/17

so [22]  4/14 4/18 4/24 5/22 6/23 8/7 9/24 10/17 14/23 15/22 18/13 18/15 18/18 25/1 25/8 28/1 30/14 31/11 31/21 34/1 34/6 36/13
social [1]  35/3
SOD [1]  14/3
sold [1]  34/8
solely [1]  6/25
some [4]  9/25 11/6 18/4 33/4
something [2]  3/25 15/19
sorry [4]  6/17 14/23 14/25 21/13
sounds [2]  8/7 18/15
speak [1]  11/13
special [1]  24/1
specific [1]  4/17
specifically [6]  5/3 8/4 24/19 25/22 30/15 33/12
spoken [1]  29/7
stages [1]  30/6
standard [1]  21/16
standing [1]  36/14
state [2]  3/6 3/10

statements [1]  9/22
STATES [13]  1/1 1/3 1/11 2/5 2/9 21/14 25/12 31/15 40/1 40/5 40/5 40/8 40/12
statute [3]  28/13 31/14 31/24
statutory [1]  24/10
stenographic [1]  40/6
still [3]  15/2 15/22 19/20
Street [2]  1/14 1/17
stricken [1]  7/11
structured [1]  4/13
struggle [1]  15/14
subject [7]  11/23 23/16 24/4 24/8 25/10 26/3 29/3
subpoenas [1]  30/18
subsequent [1]  9/17
substance [1]  31/4
such [4]  2/13 23/11 25/17 37/23
sufficient [1]  10/14
suggestion [1]  7/12
Suite [3]  1/14 1/17 1/20
sum [1]  31/4

**S**

supervised [5] 23/25 26/2 26/5 26/7 26/9

supported [1] 38/21

supports [1] 11/4

sure [9] 3/1 3/23 4/7 10/13 11/2 16/13 23/8 29/21 32/22

SWEENEY [41]

Sweeney's [3] 7/18 9/5 39/9

sworn [1] 12/4

**T**

take [7] 12/15 15/8 26/1 27/2 27/22 36/4 36/12

taken [2] 11/22 40/6

takes [2] 34/21 34/22

taking [1] 20/24

talk [5] 3/22 20/17 21/10 21/18 24/13

talked [6] 4/2 7/9 17/2 21/8 23/19 32/20

talking [2] 10/9 21/15

**TAMPA [8]** 1/2 1/6 1/14 1/15 1/17 1/18 1/20 40/13

targeted [5] 5/4 5/8 8/5 33/10 33/12

task [1] 17/9

tell [2] 12/6 25/5

temporally [1] 5/12

tendered [1] 21/7

term [4] 23/24 23/25 26/5 26/9

terms [2] 18/5 35/1

testify [5] 30/11 30/13 30/14 30/16 30/19

testimony [1] 30/12

than [1] 29/11

thank [13] 2/13 6/22 18/21 22/16 22/19 24/17 27/1 33/7 35/9 36/3 36/11 37/16 37/17

that [182]

that's [10] 3/24 3/25 6/16 9/20 9/24 10/8 15/12 25/5 26/2 38/5

their [3] 30/12 33/15 33/15

them [10] 4/2 13/17 13/19 17/17 18/10 25/17 29/23 30/11

then [9] 6/23 7/25 8/12 8/19 8/22 10/5 14/9 17/5 28/13

there [19] 3/2 3/4 3/12 4/17 4/20 9/15 9/21 10/13 13/5 13/23 14/1 20/9 21/6 21/9 21/9 24/21 26/13 30/24 32/22

there's [6] 3/1 3/25 10/3 10/7 11/4 18/2

thereafter [1] 8/5

therefore [1] 38/24

these [20] 3/14 4/12 4/21 4/23 5/8 9/14 9/22 9/25 13/15 13/18 29/22 30/20 30/25 31/25 32/15 32/23 33/3 33/9 33/20 34/13

they [10] 4/22 6/13 9/16 9/18 24/25 32/6 35/10 35/17 36/6 36/7

they're [2] 9/15 18/5

they've [1] 24/25

thing [2] 37/25 38/3

things [3] 10/12 15/15 25/11

# 1

think [12]  4/5 4/6
7/9 13/8 13/24 15/4
16/1 16/8 18/18
19/5 24/24 24/25
third [1]  6/4
this [43]
thoroughly [1]  17/2
those [28]  3/9 3/22
4/15 6/24 9/7 11/20
14/4 17/22 18/13
20/12 20/15 23/9
23/22 24/3 24/20
24/20 24/21 25/14
25/16 26/18 26/21
29/19 29/20 33/1
35/10 35/17 35/23
37/8
threat [16]  3/15
3/16 4/17 31/9
31/12 31/13 31/19
31/22 31/23 32/8
32/11 32/12 34/19
35/21 35/25 36/1
threaten [1]  19/23
threatened [1]
22/20
threatening [2]
6/21 35/8
threats [17]  5/1 5/8
5/9 5/10 6/5 6/6 7/7
7/22 33/8 33/10

33/11 33/12 33/16
33/19 33/20 34/8
34/14
three [3]  5/22 8/13
23/25
through [17]  3/9
4/3 4/3 4/8 8/15
10/17 15/5 16/15
16/23 17/1 20/11
31/6 33/19 34/4
34/17 35/5 40/7
throughout [4]
13/15 16/10 38/13
39/4
thugs [1]  6/10
time [16]  4/15 4/21
5/12 5/14 6/2 6/8
7/6 9/22 17/1 17/12
18/2 20/14 26/10
27/23 28/5 32/4
times [4]  16/23
16/25 17/20 33/15
tired [2]  14/23 15/2
Title [2]  31/14 40/5
today [1]  10/23
today's [1]  27/4
told [1]  24/25
too [2]  5/15 28/1
took [1]  34/13
tool [1]  16/23
traceable [2]  25/13
25/17

transcribed [1]
1/24
transcript [3]  1/10
40/3 40/7
transcription [2]
1/25 40/6
transcriptionist [1]
1/24
treated [2]  12/18
13/17
trial [10]  9/6 9/11
10/15 20/24 30/1
30/6 30/24 32/2
32/14 33/2
true [19]  3/15 3/16
5/10 5/13 9/20 31/9
31/12 31/13 31/19
31/22 31/23 32/8
32/11 32/12 33/11
35/21 35/24 36/1
40/6
trying [3]  15/6
15/22 15/22
TUITE [1]  1/11
turns [1]  29/11
Twenty [1]  12/10
Twenty-six [1]
12/10
two [22]  3/14 4/12
4/17 4/24 4/25 5/2
5/19 10/4 10/16
13/23 20/10 23/21

**T**

two... [10]  23/22 23/23 29/17 31/3 31/16 31/25 32/5 32/24 36/19 38/23

type [1]  13/20

**U**

U.S [2]  1/14 37/6

ultimately [3] 19/13 28/14 29/9

unanimous [2]  30/3 32/16

under [3]  11/21 12/21 28/15

undersigned [1] 40/6

understand [36] 5/11 7/5 8/24 10/5 10/18 10/20 11/8 11/10 11/17 11/25 13/1 13/6 14/21 16/12 17/13 21/5 23/8 23/14 24/5 24/11 25/1 25/24 26/11 26/16 27/16 28/2 28/16 29/4 29/10 29/14 29/21 29/22 30/20 30/23 32/13 39/6

understandable [2] 15/13 38/5

understanding [5] 2/19 10/22 13/11 16/14 36/24

understands [1] 17/17

understood [1] 39/8

uninterrupted [1] 8/15

UNITED [13]  1/1 1/3 1/11 2/5 2/9 21/14 25/12 31/15 39/20 40/5 40/5 40/8 40/12

up [6]  3/18 17/8 29/19 29/23 30/25 36/14

upon [5]  11/19 17/12 25/11 38/12 39/9

upward [1]  29/2

us [6]  2/13 12/6 14/21 14/21 16/3 24/25

use [1]  5/20

used [6]  3/6 15/23 15/23 25/15 25/15 35/4

using [1]  1/24

**V**

validity [1]  9/14

valuable [1]  23/10

various [4]  6/6 34/10 34/22

vehicle [1]  16/23

very [7]  4/24 4/25 9/13 10/10 17/11 29/6 39/4

via [3]  1/24 3/1 17/20

video [4]  6/16 16/21 17/20 18/15

viewed [7]  3/16 5/9 31/13 31/23 32/12 33/11 35/25

violate [1]  26/6

violation [2]  31/14 31/24

virus [1]  18/7

visit [1]  17/7

visitation [1]  16/25

visits [4]  18/4 18/6 18/9 18/16

voluntarily [3]  11/3 22/25 36/24

voluntary [1]  38/21

vote [1]  23/11

vs [2]  1/5 2/6

**W**

wait [1]  6/7

waiver [1]  21/16

waiving [2]  29/23 30/25

want [10]  2/25 4/3

W

**want...** [8]  7/2 15/5 15/8 23/8 24/25 28/24 37/25 38/3
**wanted** [2]  10/17 21/14
**warrant** [1]  34/24
**was** [13]  5/21 14/14 16/1 16/2 16/3 16/5 16/24 17/23 21/9 21/9 33/16 34/11 35/6
**watched** [1]  39/4
**way** [6]  4/12 7/14 16/11 19/24 22/21 30/16
**we** [18]  3/18 3/22 3/22 4/7 4/8 4/11 4/21 4/24 6/23 17/5 18/7 18/13 21/8 21/10 21/11 24/25 25/1 25/6
**we'd** [8]  5/1 5/2 5/5 5/21 6/1 6/3 6/10 6/19
**we'll** [5]  3/19 4/16 4/19 10/17 39/18
**we've** [5]  7/9 10/6 16/21 17/2 32/20
**websites** [1]  34/11
**well** [10]  8/1 16/14 17/4 18/5 19/3

25/21 27/2 28/7 29/10 37/5
**went** [5]  9/11 10/15 32/2 32/14 33/2
**were** [16]  3/6 3/6 3/9 3/9 3/14 7/19 7/20 8/4 9/23 17/22 18/7 18/8 20/9 21/6 34/25 35/11
**what** [24]  7/17 10/6 10/6 13/2 13/20 14/5 14/7 14/12 14/25 16/11 16/15 17/13 17/22 19/10 19/20 26/2 27/6 27/9 28/12 28/25 29/8 29/9 29/11 39/10
**whatever** [2]  11/7 11/15
**when** [4]  7/14 8/9 21/11 36/13
**where** [2]  6/18 13/1
**whether** [2]  9/16 9/22
**which** [24]  3/5 3/9 5/24 7/8 7/16 9/7 9/17 19/9 19/11 23/7 23/16 23/18 23/23 24/3 24/15 25/10 25/20 25/21 26/3 26/5 27/12

**while** [1]  11/21
**who** [7]  16/4 16/22 19/13 27/17 27/20 28/6 30/11
**whom** [1]  21/11
**why** [2]  3/21 10/18
**will** [30]  3/17 4/3 4/21 10/2 10/16 17/23 19/13 25/2 26/4 26/5 27/3 27/5 27/10 27/11 27/12 27/14 27/17 27/18 28/6 28/6 28/9 28/12 29/1 29/12 29/22 30/24 30/24 33/22 34/1 38/24
**wish** [5]  3/7 10/23 11/13 19/9 19/15
**wishes** [1]  2/20
**withdraw** [1]  29/12
**without** [5]  21/6 21/19 21/20 22/1 22/2
**witnesses** [2]  30/11 30/18
**word** [1]  8/21
**work** [2]  17/4 34/21
**working** [1]  19/3
**would** [43]
**Wow** [1]  37/5
**write** [1]  12/15

written [1]  7/17
wrote [1]  17/3

# Y

yeah [2]  16/17
  16/18
year [5]  6/8 12/13
  33/23 34/6 34/18
years [8]  23/24
  23/25 34/9 37/6
  37/7 37/8 37/8
  37/11
Yes [59]
yet [1]  27/13
you [208]
you'll [1]  27/22
you're [7]  8/1 8/9
  10/10 11/5 11/21
  19/5 36/13
you've [6]  7/17 10/6
  17/19 19/1 22/5
  37/3
your [167]
yourself [3]  11/6
  17/16 28/11